UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| | ) Civil Action No.: 11-cv-10949 |
| v. | ) |
| | ) Hon. Lawrence P. Zatkoff |
| ALAN JAMES WATSON, MICHAEL POTTS and CASH FLOW FINANCIAL, LLC, | ) ) ) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| THE JEDBURGH GROUP, | ) |
| | ) |
| Relief Defendant. | ) ) |

## ORDER FOR PAYMENT OF COSTS, FEES AND EXPENSES
## OF THE RECEIVER NO. 1

This cause comes before the Court on the Motion and Brief for Payment of Costs, Fees and Expenses of the Receiver No. 1 (Doc. #31), filed by the Receiver on May 10, 2011. The Receiver represents that he has incurred reasonable and necessary expenses of $8,027.18 and claims a reasonable and necessary fee of $134,777.50 for duties performed in this Receivership from March 2011 through April 2011, thus requesting payment of $142,804.68 for this time period. Plaintiff Commodity Futures Trading Commission has stipulated that it has reviewed the detailed invoices for this time period and consents to their payment.

On March 11, 2011, this Court entered an Order appointing Phillip S. Stenger as Temporary Receiver for the Defendants' assets, the assets of any affiliates or subsidiaries of any

Defendant and for certain assets of the Relief Defendant (the "Statutory Restraining Order"). The terms of the Statutory Restraining Order provide, in pertinent part, that "[t]he Receiver and his Retained Personnel are entitled to reasonable compensation for the performance of duties pursuant to this Order and for the cost of actual out-of-pocket expenses incurred by them, from the assets now held by, or in the possession or control of, or which may be received by the Defendants." The gross assets now held by the Receiver total $3,278,051.60.

The Court has reviewed the Receiver's instant application and finds that the compensation and expenses requested by the Receiver are reasonable and necessary.

Accordingly, it is now

**ORDERED, ADJUDGED** and **DECREED:**

1. The Receiver's Motion and Brief for Payment of Costs, Fees and Expenses of the Receiver No. 1 (Doc. #31) is hereby **GRANTED**.

2. The Receiver is hereby authorized to take payment from the Receivership Estate of $142,804.68. Of this amount, $134,777.50 shall be compensation for the Receiver's services from March 2011 through April 2011, and $8,027.18 shall be reimbursement for the expenses incurred by the Receiver from March 2011 through April 2011.

**SO ORDERED** on this 26th day of May, 2011.

> s/Lawrence P. Zatkoff
> Lawrence P. Zatkoff
> UNITED STATES DISTRICT COURT JUDGE

Dated: May 26, 2011

2