**EXHIBIT 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 11-cv-10949-LPZ-MKM |
| | ) |
| ALAN JAMES WATSON, MICHAEL POTTS and CASH FLOW FINANCIAL LLC, | ) |
| | ) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| THE JEDBURGH GROUP, | ) |
| | ) |
| Relief Defendant | ) |

**DECLARATION OF ALLISON BAKER SHEALY
IN SUPPORT OF
MOTION AND BRIEF TO DEEM FACTS ADMITTED
AS AGAINST MICHAEL S. POTTS
FOR FAILURE TO COMPLY WITH FED. R. CIV. PRO. 36**

I, Allison Baker Shealy, state as follows:

1.     I am an attorney with the Enforcement Division of the Commodity Futures Trading Commission ("CFTC"), and am counsel of record for Plaintiff in the above-captioned matter. I am over the age of 21 years. I am of sound mind and capable of making this affidavit. I suffer no legal disabilities. I have personal knowledge of each and every fact stated herein. Each and every fact stated herein is true and correct.

2.     On February 16, 2012, I sent Defendant Michael S. Potts the Commission's "First Request for Admission of Facts to Defendant Michael S. Potts" via certified mail as set forth in

my Certificate of Service attached thereto.

      3.    A true and correct copy of the Commission's First Request for Admission of Facts to Defendant Michael S. Potts is attached as Exhibit 2 to the Commission's Motion And Brief To Deem Facts Admitted As Against Michael S. Potts For Failure To Comply With Fed. R. Civ. Pro. 36.

      4.    As of May 2, 2012, I have not received a response to the Commission's First Request for Admission of Facts to Defendant Michael S. Potts.


May 2, 2012

ALLISON BAKER SHEALY  (VA 46634; DC 478202)
U.S. Commodity Futures Trading Commission
Division of Enforcement
1155 21st Street, N.W.
Washington, D.C. 20581
(202) 418-5000
ashealy@cftc.gov