**EXHIBIT A**
**To**
**RECEIVER'S MOTION AND BRIEF FOR PAYMENT OF COSTS, FEES AND**
**EXPENSES OF THE RECEIVER NO. 6**

*Stenger & Stenger Invoices*
(Part 1 of 2)

# STENGER & STENGER

A MICHIGAN PROFESSIONAL CORPORATION

PHILLIP S. STENGER
  ADMITTED IN MI, KY, MN, CA & CO
KAY GRIFFITH HAMMOND
  ADMITTED IN MI
LAURA D. DUSTON
  ADMITTED IN MI, KY, CA, CO & MD
JOSEPH M. JAMMAL
  ADMITTED IN MI & MN
DUSTIN H. ALLEN
  ADMITTED IN IN
JESSICA WASSENBERG
  ADMITTED IN MN
AMANDA BREWSTER
  ADMITTED IN MI

2618 EAST PARIS AVENUE, S.E.
GRAND RAPIDS, MICHIGAN 49546

TELEPHONE (616) 940-1190
FACSIMILE (616) 940-1192
TOLL FREE (888) 305-7775

OF COUNSEL:
LEWIS G. MOSBURG, JR.
  ADMITTED IN MI & OK
LEE T. SILVER
  ADMITTED IN MI
DOUGLAS W. VAN ESSEN
  ADMITTED IN MI
DENISE M. HALLETT
  ADMITTED IN IN
MELISSA HOFFMAN
  ADMITTED IN NJ & PA
DANIEL A. MANCINI
  ADMITTED IN NJ & PA
BRETT P. RILEY
  ADMITTED IN CO & WY

Invoice submitted to:

U.S. Commodity Futures Trading Commission
Attn: Allison Shealy - Division of Enforcement
Three Lafayette Centre
1155 21st Street NW
Washington, DC 20581

August 09, 2012

In Reference To:  CFTC v Watson, et al
                  Case No. 11-CV-10949

Invoice #  18989

Professional Services through July 31, 2012

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/2/2012 | LDD | Review of correspondence from P. Stenger regarding revisions to motion requesting approval of claims procedure. Conference with A. Wood regarding totals to add to motion. Receive and examine broker spreadsheet for inclusion in motion. | 1.20 195.00/hr | 234.00 |
|  | ANS | Retrieve and transcribe voicemails regarding status of case, distribution, and filing of claims procedure. Receive and respond to correspondence from investors regarding status of receivership and claims processing. Update investor database regarding same. | 1.50 90.00/hr | 135.00 |
| 7/3/2012 | LDD | Review and revise motion for approval of claims procedure, summarizing letter and proposed order to court. Conference with A. Wood regarding analysis of deposits and withdrawals for inclusion in motion. Conference with J. Hoag regarding number of investor response forms mailed to investors. | 4.20 195.00/hr | 819.00 |
|  | ANS | Take telephone calls from investors regarding status of receivership and claims processing. Update investor database regarding same. | 0.30 90.00/hr | 27.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/3/2012 | KGH | Conference with L. Duston regarding motion to approve claims procedure. Receive and review CFTC's motion for summary judgment against M. Potts, supporting memorandum and exhibits. | 1.00<br>245.00/hr | 245.00 |
| | JLH | Retrieve and transcribe voicemails from investors regarding status of case. Review reports indicating number of investor response forms mailed and returned. Generate correspondence to L. Duston regarding same. Conference with L. Duston regarding same. | 0.30<br>90.00/hr | 27.00 |
| | ANS | Research regarding number of investor response forms sent to potential investors and number received in return. Preparation of summary regarding same. | 0.40<br>90.00/hr | 36.00 |
| 7/5/2012 | KGH | Review professional fees for June.  Correspondence exchanges with L. Duston regarding same.  Draft compensation motion #5.  Receive and review invoice summaries from L. Duston. | 1.50<br>245.00/hr | 367.50 |
| | JLH | Retrieve and transcribe voicemails from investors regarding status of case. Return telephone calls to investors regarding same. Update investor database with same. | 1.50<br>90.00/hr | 135.00 |
| | ANS | Receive and respond to correspondence from investors regarding status of receivership and claims processing. Update investor database regarding same. | 0.60<br>90.00/hr | 54.00 |
| 7/6/2012 | LDD | Review of documents provided by M. Miller for downline marketers. Preparation of correspondence to M. Miller regarding same. | 0.80<br>195.00/hr | 156.00 |
| | KGH | Receive and review correspondence from E. Mitchell regarding pending motion for default judgment against Sundial Investments in CFF recovery action against Ison and Blue Diamond mining. | 0.20<br>245.00/hr | 49.00 |
| | JLH | Retrieve and transcribe voicemails from investors regarding status of case. | 0.10<br>90.00/hr | 9.00 |
| | ANS | Correspondence exchange with C. Bartel regarding status of matter and filing of proposed claims procedure. Receive and respond to correspondence from investors regarding status of receivership and claims processing. Update investor database regarding same. | 0.50<br>90.00/hr | 45.00 |
| 7/9/2012 | LDD | Review and revise motion to set hearing to approve investor claims procedure, investor claims procedure, motion to approve investor claims procedure and summarizing letters regarding same. | 2.20<br>195.00/hr | 429.00 |
| | KGH | Correspondence exchanges with E. Mitchell regarding default judgment hearing on CFF's claim against Sundial Investments.  Final draft Receiver's compensation motion no. 5 and exhibits.  Preparation of correspondence to A. Shealy regarding same, summarizing services rendered and discussing status of Bishop forfeiture proceedings and Talesun deal.  Preparation of correspondence to D. Toler regarding status of Talesun deal. | 3.60<br>245.00/hr | 882.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/9/2012 | JLH | Retrieve and transcribe voicemails from investors regarding status of case. Update investor database with same. | 0.20 90.00/hr | 18.00 |
| | ANS | Telephone conversation with investor regarding status of case and potential timeframe for filing of claims procedure. | 0.20 90.00/hr | 18.00 |
| 7/10/2012 | LDD | Conference with P. Stenger regarding preparation for telephone conference call with Trade LLC Receiver. Telephone conversation with P. Rengstl regarding Trade LLC Receivership and overlap of investor claims. Conference with P. Stenger regarding investor claims procedure and proposed revisions. Receive and examine Trade LLC Receiver's motion for approval of investor claims procedure and motion for approval of first distribution. | 2.30 195.00/hr | 448.50 |
| | PSS | Preparation for and attendance at conference call with P. Rengstl regarding overlap of investor claims in liquidation proceedings. | 2.00 200.00/hr | 400.00 |
| 7/11/2012 | AMB | Conference with L. Duston and P. Stenger regarding review of documents from M. Miller and CFF. | 0.50 165.00/hr | 82.50 |
| | LDD | Telephone conversation with M. Miller and J. Bailey regarding New Life Club communication consultants and New Life Club Inc. records. Attorney analysis conference with P. Stenger and A. Brewster regarding same. | 1.70 195.00/hr | 331.50 |
| | PSS | Preparation for and attendance at phone conference with M. Miller and attorney for M. Miller. Attorney analysis conference regarding same. | 1.70 200.00/hr | 340.00 |
| | JLH | Retrieve and transcribe voicemails from investors regarding status of case. Update investor database with same. | 0.10 90.00/hr | 9.00 |
| | ANS | Receive and respond to correspondence from investors regarding status of receivership and claims processing. Update investor database regarding same. Take telephone calls from investors regarding status of receivership and claims processing. Update investor database regarding same. | 2.20 90.00/hr | 198.00 |
| 7/12/2012 | LDD | Preparation of correspondence to A. Brewster and P. Stenger regarding conversation with M. Miller and New Life Inc. Review of M. Miller subpoena responses regarding same. Conference with A. Brewster regarding M. Miller deposition transcript. Conference with P. Stenger regarding investor claims procedure revisions. | 1.20 195.00/hr | 234.00 |
| | AMB | Conference with L. Duston regarding access to M. Miller deposition transcripts. Review M. Miller deposition transcripts. Receive and review correspondence from L. Duston regarding conversation with M. Miller and J. Bailey. | 2.30 165.00/hr | 379.50 |
| | PSS | Review revised claims procedure. Attorney analysis conference regarding same. | 1.00 200.00/hr | 200.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/12/2012 | ANS | Take telephone calls from investors regarding status of receivership and claims processing. Update investor database regarding same. | 0.20 90.00/hr | 18.00 |
| 7/13/2012 | KGH | Receive and review correspondence from A. Wood confirming receipt of monthly settlement payments from Gonzalez and B. Engel. Receive and review order granting CFF's motion for default judgment against Sundial Investments in CFF v Blue Diamond recovery matter. Review of financial spreadsheets preparatory to drafting receiver's second report to court. | 2.40 245.00/hr | 588.00 |
| | LDD | Preparation of revisions to investor claims procedure,  motion to approve claims procedure, motion to set hearing, summarizing letter and notices. | 3.00 195.00/hr | 585.00 |
| | ANS | Service of pleadings to M. Potts. Receive and review correspondence from investor and update investor database regarding same. Receive and respond to correspondence from investors regarding status of receivership and claims processing. Update investor database regarding same. | 0.90 90.00/hr | 81.00 |
| 7/16/2012 | LDD | Preparation of revisions to investor claims procedure, motion to approve investor claims procedure, summarizing letters and order approving investor claims procedure. | 1.50 195.00/hr | 292.50 |
| | KGH | Receive, review and edit proposed investor claims procedure motion and exhibits.  Draft receiver's second report to court. | 3.80 245.00/hr | 931.00 |
| | ANS | Take telephone calls from investors regarding status of receivership and claims processing. Update investor database regarding same. Receive and respond to correspondence from investors regarding status of receivership and claims processing. Update investor database regarding same. | 1.40 90.00/hr | 126.00 |
| 7/17/2012 | KGH | Correspondence exchange with D.  Toler regarding status of Talesun deal.  Correspondence exchanges with A. Shealy regarding compensation motion and status of motion for approval of plan.  Draft proposed order for payment of compensation motion.  Finalize and e-file  compensation motion no. 5.  Preparation of correspondence to Judge Zatkoff regarding same and proposed order for payment. Preparation of correspondence to parties of record regarding same. E-mail proposed order to chambers.  Conference with L. Duston regarding status of motion for approval of investor claims procedure. Correspondence exchanges and conferences with L. Duston and P. Stenger regarding same.  Correspondence exchange with H. Wise regarding status of Meyer recovery matter. | 3.50 245.00/hr | 857.50 |
| | LDD | Conference with P. Stenger regarding revisions to investor claims procedure and accompanying motion.  Preparation of revisions to statement of claim. | 2.50 195.00/hr | 487.50 |
| | AMB | Continue reviewing M. Miller deposition.  Review documents regarding New Life and CFF. | 1.90 165.00/hr | 313.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/17/2012 | PSS | Review and finalize claims process and motion to approve claims process. | 4.00 200.00/hr | 800.00 |
| | ANS | Preparation of documents for service of motion. Notarize declaration for same and save to system. Retrieve and transcribe voicemails from investors regarding status of case and claims processing. | 1.00 90.00/hr | 90.00 |
| 7/18/2012 | KGH | Receive and review correspondence from P. Stenger regarding investor claims procedure and motion to approve. Receive and review correspondence from A. Shealy regarding same, and P. Stenger's reply thereto. Final review and editing of draft publication notice to investors of claims bar date, statement of claim form, motion to set hearing for investor claims procedure, proposed orders setting hearing and approving investor claims procedure and summarizing letter to investors. Draft receiver's second report to the Court. | 2.70 245.00/hr | 661.50 |
| | LDD | Receive and review correspondence from A. Shealy regarding revisions to investor claims procedure and motion to approve investor claims procedure. Conference with P. Stenger regarding same. Preparation of revisions to documents incorporating comments from A. Shealy. | 1.50 195.00/hr | 292.50 |
| | PSS | Receive and review correspondence from A. Shealy and reply to same. | 0.30 200.00/hr | 60.00 |
| 7/19/2012 | KGH | Prepare for and participate in team status conference regarding investor claims procedure issues and timelines. Receive and review sources and uses of receivership cash report from A. Woods. Draft receiver's second report to court. Telephone conference with D. Toler regarding status of Talesun deal. Correspondence exchanges with A. Suttner and J. Hoag regarding contacts with investors and returned investor response forms. | 3.70 245.00/hr | 906.50 |
| | LDD | Preparation for status meeting with staff. Conference with staff regarding status of matter, Investor Claims Procedure, claims processing and other issues. Telephone conversation with A. Shealy regarding Investor Claims Procedure and various substantive issues regarding same. Receive and examine spreadsheet from J. Hoag regarding CFF ECMs and family members. Receive and examine spreadsheet from A. Brewster regarding New Life marketers and family members. | 2.30 195.00/hr | 448.50 |
| | AMB | Review subpoena response documents from M. Miller. Prepare for and attendance at team status conference regarding investor claims procedure issues and timelines. Review and analyze documents from M. Miller to identify marketers and commissions paid. Prepare preliminary report regarding the same. Prepare correspondence to P. Stenger and L. Duston regarding same. Compare list of marketers paid by M. Miller to list of ECMs to determine overlap. Prepare correspondence to P. Stenger regarding same. | 5.20 165.00/hr | 858.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/19/2012 | PSS | Continue reviewing documents related to distributions. Preparation for and attendance at conference call with A. Shealy. | 2.50 200.00/hr | 500.00 |
| | JLH | Participate in team status conference regarding investor claims procedure issues and timelines. Correspondence exchanges with K. Hammond regarding contacts with investors and returned investor response forms. Research and analysis regarding investor relationship to executive club members. Prepare report regarding same. | 4.50 90.00/hr | 405.00 |
| | CLS | Conference with team regarding claims process and formatting of various documents. | 0.50 90.00/hr | 45.00 |
| | ALM | Conference with P. Stenger, L. Duston, C. Smith and A. Brewster regarding status of matter and preparation for eventual distribution. | 0.50 150.00/hr | 75.00 |
| 7/20/2012 | KGH | Receive and review correspondence from A. Suttner regarding investor contacts. Conference with A. Suttner regarding same. | 0.40 245.00/hr | 98.00 |
| | ANS | Take telephone calls from investors regarding status of receivership and claims processing. Update investor database regarding same. Receive and respond to correspondence from investors regarding status of receivership and claims processing. Update investor database regarding same. Preparation of summary regarding number of telephone calls held with investors and number of investor response forms received. Preparation of correspondence to L. Duston and K. Hammond regarding same. | 1.10 90.00/hr | 99.00 |
| 7/23/2012 | KGH | Conference with P. Stenger regarding inquiry concerning certain CFF investments. Further drafting and revision of Receiver's second report to the Court. | 2.10 245.00/hr | 514.50 |
| | JLH | Prepare correspondence to USA Today regarding publication costs. | 0.10 90.00/hr | 9.00 |
| | ANS | Telephone conversation with J. Linden regarding issues with the IRS and status of case. Preparation of copy of investor response form submitted by Ms. Linden and coordinate service of same. Telephone conversation with S. Edmunds regarding status of matter and discussions with the Trade Receiver regarding distributions made to CFF. | 0.80 90.00/hr | 72.00 |
| 7/24/2012 | KGH | Draft and revise Receiver's second report to court. | 1.40 245.00/hr | 343.00 |
| | ANS | Telephone conversation with R. Jacoby regarding status of case. Telephone conversation with M. Cregg regarding status of case, recovery efforts, and Trade LLC distribution received. Conference with L. Duston regarding status of matter and update to victim website. Research regarding same. Preparation of correspondence to M. Whilden regarding same. | 2.80 90.00/hr | 252.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/25/2012 | KGH | Correspondence exchanges with L. Duston and P. Stenger regarding status of forwarding order for CFF mail.  Receive and review correspondence from H. Wise regarding status of stipulated consent order as to Jedburgh. | 0.60<br>245.00/hr | 147.00 |
| | LDD | Preparation of revisions to motion to approve investor claims procedure and corresponding exhibits.  Preparation of revisions to statement of claim form.  Conference with P. Stenger regarding same.  Preparation of list of all ECMs and marketers.  Review of spreadsheets provided by M. Miller regarding New Life marketers.  Conference with A. Brewster regarding same. | 3.00<br>195.00/hr | 585.00 |
| | AMB | Analysis of marketers paid commissions by M. Miller with money from CFF.  Conference with L. Duston regarding same. | 2.40<br>165.00/hr | 396.00 |
| | JLH | Conference with L. Duston regarding status of case. Generate report of closed files. Review and analysis of same. Conference with A. Suttner regarding status of case. | 5.40<br>90.00/hr | 486.00 |
| 7/26/2012 | LDD | Preparation of revisions to statement of claim form.  Conference with P. Stenger regarding same.  Preparation of revisions to investor claims procedure and motions to approve procedure.  Review of local court rules regarding filing of motion.  Preparation of correspondence to court regarding judge's copy of motions. | 3.00<br>195.00/hr | 585.00 |
| | KGH | Review and revise final claims procedure motions and exhibits.  Conferences and correspondence exchanges with L. Duston regarding e-filing issues and document revisions. | 1.40<br>245.00/hr | 343.00 |
| | PSS | Review and finalize motions for hearing on claims procedure and claim procedure. | 3.00<br>200.00/hr | 600.00 |
| | JLH | Review and analysis of closed files. Final review and edit of claims procedure. Generate copy of same. Conference with L. Duston regarding claims procedure motions. Review and analysis of same. | 3.70<br>90.00/hr | 333.00 |
| 7/27/2012 | LDD | Preparation of revisions to motions and accompanying exhibits.  Preparation of certificate of service for motions. Telephone conversation with M. Aman from Judge Zatkoff's office regarding filing of motion.  Filing of motion for order to set hearing and motion for approval of investor claims procedure.  Preparation of correspondence to opposing parties regarding same.  Review and revise correspondence to Judge Zatkoff enclosing judge's copy of motions. | 4.50<br>195.00/hr | 877.50 |
| | KGH | Correspondence exchanges with L. Duston regarding filing and service of claims procedure motions and exhibits.  Receive and review notices of electronic filing. | 0.60<br>245.00/hr | 147.00 |
| | JLH | Review and analysis of motion for order to set hearing and motion for approval of investor claims procedure. Conference with L. Duston regarding same. Preparation of revisions to motions and accompanying exhibits. Scan and save same to database. Prepare | 7.80<br>90.00/hr | 702.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|

correspondence to L. Duston regarding same. Preparation and distribution of copies of motions to Judge Zatkoff and defendants.

| Date | Init. | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/30/2012 | LDD | Preparation of correspondence to P. Stenger regarding status of motions and discussions with Judge Zatkoff's law clerk.  Preparation of correspondence to A. Suttner regarding posting of motions to website.  Telephone conversation with A. Suttner regarding handling investor calls as to investor claims procedure. | 0.60 195.00/hr | 117.00 |
| | KGH | Correspondence exchanges with H. Wise and A. Dorfner regarding criminal proceedings against D. Bishop.  Receive and review correspondences from L. Duston regarding claims procedure motions. Receive and review correspondence from P. Stenger regarding same. Draft receiver's second report to the court. | 2.00 245.00/hr | 490.00 |
| | JLH | Retrieve and transcribe voicemails from investors regarding status of case. Conference with A. Suttner regarding status of case. Conference call with L. Duston and A. Suttner regarding motion to approve claims procedure. Prepare docketed copies of motions to be distributed to team members. | 0.90 90.00/hr | 81.00 |
| | ANS | Review of docketed copy of proposed claims procedure. Conference with L. Duston and J. Hoag regarding same. Preparation of update to investor website regarding same. Preparation of correspondence to L. Duston regarding approval of update. Upload claims procedure to investor website. | 2.10 90.00/hr | 189.00 |
| 7/31/2012 | KGH | Review status of pending recovery matters.  Review criminal indictment of D. Bishop and related notice of forfeiture assets. Preparation of correspondence to A. Berry regarding estate's claim of interest in same.  Draft receiver's second report to court. Correspondence exchanges with A. Wood regarding updated financial reports.  Correspondence exchange with A. Wood regarding CFF payments to D. Bishop. | 4.70 245.00/hr | 1,151.50 |
| | AMB | Continued analysis of M. Miller subpoena documentation and calculation of commissions based on information therein. | 1.70 165.00/hr | 280.50 |
| | ANS | Telephone conversation with R. Dushaj regarding status of case and outstanding assets. Telephone conversations with investors regarding status of case and claims procedure. | 0.80 90.00/hr | 72.00 |

| For professional services rendered | 142.00 | $24,700.50 |
|---|---|---|

Additional Charges :

| Date | Description | | Amount |
|---|---|---|---|
| 7/1/2012 | PACER Charges:  Public Access to Court Records | | 0.20 |
| 7/8/2012 | Federal Express | | 22.80 |

|  |  | Amount |
|---|---|---|
| 7/17/2012 | Cotton Bledsoe Tighe & Dawson, Invoice No. 183643, dated July 11, 2012. | 1,108.47 |
| 7/31/2012 | Postage | 18.57 |
|  | Document Imaging:  48 @ $.20 each. | 9.60 |
|  | TLO searches. | 13.75 |
|  | Total costs | $1,173.39 |
|  | Total amount of this bill | $25,873.89 |

## Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Amanda L. McKendry | 0.50 | 150.00 | $75.00 |
| Amanda M. Brewster | 14.00 | 165.00 | $2,310.00 |
| Andrea N. Suttner | 16.80 | 90.00 | $1,512.00 |
| Casey L. Smith | 0.50 | 90.00 | $45.00 |
| Jamie L. Hoag | 24.60 | 90.00 | $2,214.00 |
| Kay Griffith Hammond | 35.60 | 245.00 | $8,722.00 |
| Laura D. Duston | 35.50 | 195.00 | $6,922.50 |
| Phillip S. Stenger | 14.50 | 200.00 | $2,900.00 |

## Classification

| Name | Title | Rate |
| --- | --- | --- |
| Phillip S. Stenger | Senior Principal | $250.00 |
| Kay G. Hammond | Attorney | $245.00 |
| Laura D. Duston | Attorney | $195.00 |
| Amanda M. Brewster | Attorney | $165.00 |
| Amanda L. McKendry | Project Administrator | $150.00 |
| Roger A. Silk | Certified Public Accountant | $150.00 |
| Alice T. Romsek | Certified Public Accountant | $150.00 |
| Mike T. Whilden | Information Technology Manager | $140.00 |
| Amy R. Wood | Paralegal | $90.00 |
| Casey L. Smith | Paralegal | $90.00 |
| Andrea N. Suttner | Paralegal | $90.00 |
| Jamie L. Hoag | Paralegal | $90.00 |
| Elizabeth C. Kingston | Paralegal | $90.00 |

# STENGER & STENGER
### A MICHIGAN PROFESSIONAL CORPORATION

PHILLIP S. STENGER
  ADMITTED IN MI, KY, MN, GA & CO
KAY GRIFFITH HAMMOND
  ADMITTED IN MI
LAURA D. DUSTON
  ADMITTED IN MI, KY, GA, CO & MD
JOSEPH M. JAMMAL
  ADMITTED IN MI & MN
DUSTIN H. ALLEN
  ADMITTED IN IN
JESSICA WASSENBERG
  ADMITTED IN MN
AMANDA BREWSTER
  ADMITTED IN MI

2618 EAST PARIS AVENUE, S.E.
GRAND RAPIDS, MICHIGAN 49546

TELEPHONE (616) 940-1190
FACSIMILE (616) 940-1192
TOLL FREE (888) 305-7775

OF COUNSEL:
LEWIS G. MOSBURG, JR.
  ADMITTED IN MI & OK
LEE T. SILVER
  ADMITTED IN MI
DOUGLAS W. VAN ESSEN
  ADMITTED IN MI
DENISE M. HALLETT
  ADMITTED IN IN
MELISSA HOFFMAN
  ADMITTED IN NJ & PA
DANIEL A. MANCINI
  ADMITTED IN NJ & PA
BRETT P. RILEY
  ADMITTED IN CO & WY

Invoice submitted to:

U.S. Commodity Futures Trading Commission
Attn: Allison Shealy - Division of Enforcement
Three Lafayette Centre
1155 21st Street NW
Washington, DC 20581

September 14, 2012

In Reference To:  CFTC v Watson, et al
                  Case No. 11-CV-10949

Invoice #  19007

Professional Services through August 31, 2012

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/1/2012 | KGH | Review status of pending compensation motion. Preparation of correspondence to M. Awan regarding unopposed motion. Draft receiver's second report to the court. Conference with L. Duston regarding status of recovery matters and tax issues. Prepare for and participate in status conference with team regarding status of claims procedure motion and preparations for ultimate investor mailings related to same. | 5.80 245.00/hr | 1,421.00 |
| | LDD | Preparation for status meeting with staff. Conference with staff regarding status of matter and preparations for upcoming investor claims procedure. Conference with A. Wood regarding ECM commissions and related parties. Analysis of issues regarding same. Conference with J. Hoag regarding same. | 2.50 195.00/hr | 487.50 |
| | AMB | Attend status meeting with staff. Review M. Miller subpoena documents. | 1.30 165.00/hr | 214.50 |
| | JLH | Preparation for status meeting with staff. Conference with staff regarding status of matter and preparations for upcoming investor claims procedure. Conference with L. Duston regarding ECM | 1.60 90.00/hr | 144.00 |

|           |     |                                                                                                                                                                                                                                         | Hrs/Rate | Amount |
|-----------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|--------|
|           |     | commissions and related parties. Analysis of issues regarding same. Conference with A. Suttner regarding same.                                                                                                                           |          |        |
| 8/2/2012  | LDD | Conference with J. Hoag regarding closed files and pulling information from investor response forms for files.                                                                                                                           | 0.40<br>195.00/hr | 78.00 |
|           | KGH | Telephone conferences with J. Altenburg regarding recovery efforts. Review and respond to correspondence from E. Mitchell regarding status and disposition of McDermott recovery matter. Draft receiver's 2nd report to court. Receive and review correspondence from A. Berry regarding Bishop forfeiture assets. | 2.60<br>245.00/hr | 637.00 |
|           | JLH | Conference with A. Wood regarding ECMs and related information. Review and analysis of possible ECM relationships. Review and analysis of closed system files.                                                                            | 4.40<br>90.00/hr | 396.00 |
|           | ANS | Receive and respond to correspondence from investors regarding status of receivership and claims processing. Update investor database regarding same. Telephone conversations with investors regarding same.                              | 1.30<br>90.00/hr | 117.00 |
| 8/3/2012  | LDD | Receive and respond to correspondence from C. Smith regarding distribution packets for CFF investors.                                                                                                                                    | 0.20<br>195.00/hr | 39.00 |
|           | KGH | Telephone conference with S. Reany regarding execution on Bishop safe deposit box at BOA. Review and respond to correspondence from E. Mitchell regarding voluntary dismissal of McDermott recovery matter.                               | 0.60<br>245.00/hr | 147.00 |
| 8/6/2012  | ANS | Update database regarding correspondence received from investors and replies to same.                                                                                                                                                   | 0.70<br>90.00/hr | 63.00 |
| 8/7/2012  | KGH | Review and respond to correspondence from H. Wise regarding status of criminal proceedings against D. Bishop, and regarding opportunities for further recoveries on behalf of CFF. Review Bishop criminal docket. Telephone conference with H. Wise regarding A. Hall restitution status and status of recovery action against Meyer. | 1.00<br>245.00/hr | 245.00 |
|           | ANS | Update database regarding correspondence received from investors.                                                                                                                                                                        | 0.20<br>90.00/hr | 18.00 |
|           | ALM | Review of responses received from investors. Modification of victim database regarding additional information provided on Investor Response Forms.                                                                                        | 0.50<br>150.00/hr | 75.00 |
| 8/8/2012  | JLH | Conference with A. McKendry and L. Duston regarding investor response form review. Review and analysis of same.                                                                                                                          | 1.00<br>90.00/hr | 90.00 |
|           | ANS | Receive and respond to correspondence from investors regarding status of receivership and claims processing. Update investor database regarding same.                                                                                    | 0.70<br>90.00/hr | 63.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/9/2012 | KGH | Draft Receiver's second report to court. Review and respond to correspondence from M. Valadez regarding forfeiture assets in Bishop criminal proceeding. Review status of tax filings. Preparation of correspondence to P. Stenger regarding receiver's report. | 4.80 245.00/hr | 1,176.00 |
| | JLH | Retrieve and transcribe voicemails from investors regarding status of case. | 0.10 90.00/hr | 9.00 |
| 8/10/2012 | LDD | Receive and examine draft of Receiver's report to the court. | 0.30 195.00/hr | 58.50 |
| | JLH | Discuss status of case with A. Suttner. Retrieve and transcribe voicemails from investors regarding status of case. Review and analysis of closed system files. | 3.30 90.00/hr | 297.00 |
| | ANS | Receive and respond to correspondence from investors regarding status of receivership and claims processing. Update investor database regarding same. Discuss status of case with J. Hoag. | 0.70 90.00/hr | 63.00 |
| 8/13/2012 | LDD | Receive and review correspondences from investors in CFF regarding proposed plan of distribution. Preparation of responses to same. | 0.60 195.00/hr | 117.00 |
| | KGH | Receive and review correspondence from A. Wood regarding status of settlement payments in Soldado case. Receive and review correspondence from investor objecting to denial of his claim due to his role as an ECM. Receive and review correspondence from L. Duston regarding same. | 0.80 245.00/hr | 196.00 |
| | JLH | Review and analysis of closed system files. Receive and review correspondence received from investor. | 3.60 90.00/hr | 324.00 |
| | ANS | Take telephone calls from investors regarding status of receivership and claims processing. Update investor database regarding same. | 1.50 90.00/hr | 135.00 |
| 8/14/2012 | KGH | Correspondence exchange with Texas counsel regarding draft final judgment in garnishment and severance in garnishment action against BOA and Bishop. | 0.40 245.00/hr | 98.00 |
| | JLH | Review and analysis of closed system files. Scan and save documents to updated file. Conference with L. Duston regarding same. | 4.60 90.00/hr | 414.00 |
| | ANS | Take telephone calls from investors regarding status of receivership and claims processing. Update investor database regarding same. Receive and respond to correspondence from investors regarding status of receivership and claims processing. Update investor database regarding same. Conference with L. Duston regarding victim issue. | 1.50 90.00/hr | 135.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/15/2012 | KGH | Receive and review consent order for equitable relief and final judgment against Jedburgh Group.  Review status of pending compensation motion.  Preparation of correspondence to M. Awan regarding same. | 0.60<br>245.00/hr | 147.00 |
| | JLH | Review and analysis of closed system files. | 4.10<br>90.00/hr | 369.00 |
| | ANS | Review of various pleadings and court documents and preparation of correspondence regarding same. | 0.20<br>90.00/hr | 18.00 |
| 8/16/2012 | JLH | Review and analysis of closed system files. Scan and save documents to updated file. Update contact information for investors. Conference with L. Duston regarding same. | 2.90<br>90.00/hr | 261.00 |
| 8/20/2012 | KGH | Receive and review correspondence from H. Wise regarding competency hearing concerning D. Bishop.  Correspondence exchanges with A. Dorfner and H. Wise regarding same. | 0.60<br>245.00/hr | 147.00 |
| | JLH | Retrieve and transcribe voicemails from investors regarding status of case. Return telephone calls to investors regarding same. Update investor database with same. Receive and review correspondence received from investors. | 0.80<br>90.00/hr | 72.00 |
| 8/21/2012 | LDD | Telephone conference with investor regarding proposed claim and claims procedure.  Conference with J. Hoag regarding status of files. Preparation of correspondence to J. Jonckhere regarding CFF tax issues. | 0.40<br>195.00/hr | 78.00 |
| | KGH | Receive and review correspondence from L. Duston regarding K-1 issues and status of preparation of tax returns and K-1s. | 0.20<br>245.00/hr | 49.00 |
| | JLH | Review and analysis of closed system files. Conference with L. Duston regarding same. Update list of K-1 issues for J. Jonckheere. Discuss status of case with A. Suttner. | 1.50<br>90.00/hr | 135.00 |
| | ANS | Telephone conversation with W. Fukui regarding status of case, finalization of claim values, proposed claims procedure, and distribution. | 0.60<br>90.00/hr | 54.00 |
| 8/22/2012 | KGH | Receive and review correspondence from H. Wise regarding status of Meyer recovery action.  Receive and review Judge Hurley's opinion denying CFF's motion for summary judgment in Meyer case.  Receive and review criminal information charging Meyer with wire fraud and money laundering.  Preparation of correspondence to H. Wise regarding case status and prospects for securing evidence required to prevail at trial.  Revise Receiver's second report to court.  Receive and review correspondence from H. Wise regarding prospects for prevailing at trial in Meyer recovery action.  Correspondence exchanges with H. Wise regarding same.  Review and respond to correspondence from H. Wise regarding status of criminal case against Meyer in Minnesota. | 3.20<br>245.00/hr | 784.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/22/2012 | LDD | Conference with J. Hoag regarding investor response forms and accumulation of data for files. Review of investor response forms for pertinent information to pull for record keeping purposes. | 0.50<br>195.00/hr | 97.50 |
| | JLH | Review and analysis of investor response forms and accumulation of data for files. Review of investor response forms for pertinent information to pull for record keeping purposes. Prepare report regarding same. Conference with L. Duston regarding same. | 4.70<br>90.00/hr | 423.00 |
| 8/23/2012 | KGH | Conference with P. Stenger regarding receiver's second report to court. Telephone conference with S. Rainey regarding garnishment action against BOA, and BOA recovery of attorney fees for both garnishment and severed safe deposit box actions. Receive and review updated draft agreed judgment from S. Rainey. Edit and return same to S. Rainey. Receive and review correspondence from H. Wise regarding status of remission petitions in A. Hall case. Receive and review correspondence from H. Wise regarding status of criminal proceedings against D. Bishop | 1.60<br>245.00/hr | 392.00 |
| 8/24/2012 | LDD | Conference with J. Hoag regarding status of matter and investor files. Receive and examine order approving fees. | 0.30<br>195.00/hr | 58.50 |
| | KGH | Receive and review executed order granting receiver's compensation motion #5. Preparation of correspondence to A. Wood regarding processing of same. | 0.20<br>245.00/hr | 49.00 |
| | JLH | Retrieve and transcribe voicemails from investors regarding status of case. | 0.10<br>90.00/hr | 9.00 |
| 8/27/2012 | KGH | Preparation of correspondence to A. Wood regarding compensation payment processing. Correspondence exchange with H. Wise regarding status of criminal proceedings against Bishop. | 0.40<br>245.00/hr | 98.00 |
| | ANS | Review and save various pleadings and court documents to case database. Conference with K. Hammond regarding status of matter. | 0.40<br>90.00/hr | 36.00 |
| 8/28/2012 | KGH | Review status of Talesun deal. Preparation of correspondence to D. Toler regarding same. Preparation of correspondence to A. Shealy regarding related investigation of assets. Research regarding same. Telephone conference with A. Shealy regarding same. Correspondence exchanges with A. Suttner regarding skiptracing of assets. Preparation of correspondence to M. Messina regarding same. | 1.90<br>245.00/hr | 465.50 |
| | JLH | Retrieve and transcribe voicemails from investors regarding status of case. | 0.10<br>90.00/hr | 9.00 |
| | ANS | Correspondence exchanges with K. Hammond regarding current whereabouts and assets of K. Freeman and D. Toler. Research regarding same. Conference with skiptracing department regarding same. Preparation of correspondence to M. Messina regarding searches for same. | 1.40<br>90.00/hr | 126.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 8/28/2012 MM | Research regarding current whereabouts and assets of K. Freeman, D. Toler, and associated entities. Preparation of summary regarding same. Correspondence exchange with A. Suttner regarding same. | 0.70 90.00/hr | 63.00 |
| 8/29/2012 KGH | Receive and review skiptracing results regarding K. Freeman and D. Toler. Research assessed values and tax status of identified properties. Preparation of correspondence to A. Shealy regarding same. Receive and review correspondence from A. Shealy regarding D. Toler relationship with other businesses. Receive and review correspondence from P. Stenger regarding same. Conference with P. Stenger regarding status of Talesun deal and status of tax returns. Review tax filing status. Telephone conference with J. Jonckheere regarding same. Preparation of correspondence to J. Jonckheere regarding same and validity of capital account assumptions for K-1s. | 2.90 245.00/hr | 710.50 |
| PSS | Receive and review correspondence from A. Shealy. Reply to same. Review and revision of court report. | 2.30 200.00/hr | 460.00 |
| JLH | Prepare correspondence to P. Stenger regarding proposed motions filed with the court. Conference with L. Duston regarding K-1's. | 0.30 90.00/hr | 27.00 |
| 8/30/2012 KGH | Correspondence exchanges with P. Stenger regarding Receiver's report to court and details of Jedburgh reconciliation. Telephone call and preparation of correspondence to D. Toler regarding status of Talesun deal. Conferences with P. Stenger regarding conference call with D. Toler. Preparation of correspondence to A. Shealy regarding same. Correspondence exchange with H. Wise regarding status of Meyer case. Preparation of correspondence to D. Toler regarding conference call arrangements. Status conference call with D. Toler and P. Stenger regarding Talesun deal. Receive and review correspondence from D. Toler regarding same. Preparation of correspondence to A. Shealy regarding same. Finalize Receiver's second report to court. Correspondence exchange with P. Stenger regarding same. Forward same to A. Shealy for review and comment. | 3.50 245.00/hr | 857.50 |
| PSS | Review and revision of report to court. Preparation for and attendance at call with D. Toler. | 3.50 200.00/hr | 700.00 |
| JLH | Receive and make revisions of court report. Retrieve and transcribe voicemails from investors regarding status of case. Return telephone calls to investors regarding same. Update investor database with same. | 3.00 90.00/hr | 270.00 |
| 8/31/2012 LDD | Receive and review correspondence from CFF investor regarding status of matter. Preparation of response to same. Receive and examine proposed Receiver report to the court. | 0.40 195.00/hr | 78.00 |
| JLH | Retrieve and transcribe voicemails from investors regarding status of case. Return telephone calls to investors regarding same. Update investor database with same. | 1.50 90.00/hr | 135.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/31/2012 | ANS | Take telephone calls from investors regarding status of receivership and claims processing. Update investor database regarding same. Receive and respond to correspondence from investors regarding status of receivership and claims processing. Update investor database regarding same. | 0.50 90.00/hr | 45.00 |
| | | For professional services rendered | 92.30 | $14,481.00 |

Additional Charges :

| | | | Amount |
|---|---|---|---|
| 8/16/2012 | Cotton Bledsoe Tighe & Dawson, PC Invoice No 184120 dated August 9, 2012. | | 963.48 |
| 8/31/2012 | Document Imaging: 220 @ $.20 each. | | 44.00 |
| | Copy Charges:  545 @ $.17 each. | | 92.65 |
| | PACER Charges:  Public Access to Court Records | | 8.30 |
| | Total costs | | $1,108.43 |
| | Total amount of this bill | | $15,589.43 |

## Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Amanda L. McKendry | 0.50 | 150.00 | $75.00 |
| Amanda M. Brewster | 1.30 | 165.00 | $214.50 |
| Andrea N. Suttner | 9.70 | 90.00 | $873.00 |
| Jamie L. Hoag | 37.60 | 90.00 | $3,384.00 |
| Kay Griffith Hammond | 31.10 | 245.00 | $7,619.50 |
| Laura D. Duston | 5.60 | 195.00 | $1,092.00 |
| Maria Messina (Paralegal) | 0.70 | 90.00 | $63.00 |
| Phillip S. Stenger | 5.80 | 200.00 | $1,160.00 |

## Classification

| Name | Title | Rate |
|---|---|---|
| Phillip S. Stenger | Senior Principal | $250.00 |
| Kay G. Hammond | Attorney | $245.00 |
| Laura D. Duston | Attorney | $195.00 |
| Amanda M. Brewster | Attorney | $165.00 |
| Amanda L. McKendry | Project Administrator | $150.00 |
| Roger A. Silk | Certified Public Accountant | $150.00 |
| Alice T. Romsek | Certified Public Accountant | $150.00 |
| Mike T. Whilden | Information Technology Manager | $140.00 |
| Amy R. Wood | Paralegal | $90.00 |
| Casey L. Smith | Paralegal | $90.00 |
| Andrea N. Suttner | Paralegal | $90.00 |
| Jamie L. Hoag | Paralegal | $90.00 |
| Elizabeth C. Kingston | Paralegal | $90.00 |

# STENGER & STENGER

### A MICHIGAN PROFESSIONAL CORPORATION

PHILLIP S. STENGER
ADMITTED IN MI, KY, MN, GA & CO
KAY GRIFFITH HAMMOND
ADMITTED IN MI
LAURA D. DUSTON
ADMITTED IN MI, KY, GA, CO & MD
JOSEPH M. JAMMAL
ADMITTED IN MI & MN
DUSTIN H. ALLEN
ADMITTED IN IN
JESSICA WASSENBERG
ADMITTED IN MN
AMANDA BREWSTER
ADMITTED IN MI

2618 EAST PARIS AVENUE, S.E.
GRAND RAPIDS, MICHIGAN 49546

TELEPHONE (616) 940-1190
FACSIMILE (616) 940-1192
TOLL FREE (888) 305-7775

OF COUNSEL:
LEWIS G. MOSBURG, JR.
ADMITTED IN MI & OK
LEE T. SILVER
ADMITTED IN MI
DOUGLAS W. VAN ESSEN
ADMITTED IN MI
DENISE M. HALLETT
ADMITTED IN IN
MELISSA HOFFMAN
ADMITTED IN NJ & PA
DANIEL A. MANCINI
ADMITTED IN NJ & PA
BRETT P. RILEY
ADMITTED IN CO & WY

Invoice submitted to:

U.S. Commodity Futures Trading Commission
Attn: Allison Shealy - Division of Enforcement
Three Lafayette Centre
1155 21st Street NW
Washington, DC 20581

October 19, 2012

In Reference To:  CFTC v Watson, et al
Case No. 11-CV-10949

Invoice #  19015

Professional Services through September 30, 2012

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/4/2012 | LDD | Review of revisions to proposed report to the court. Conference with K. Hammond regarding same. Review of financial data for report. Conference with A. Wood and J. Hoag regarding same. | 0.80 195.00/hr | 156.00 |
|  | KGH | Receive and review comments from A. Shealy regarding receiver's proposed second report to court. Conferences with L. Duston regarding same. Correspondence exchange with A. Shealy regarding status of CFTC and SEC actions against Trade LLC. Telephone conference with agency regarding status of Taleson deal. Follow-up correspondence regarding same. Correspondence exchange with A. Wood regarding Jedburgh bank account summary. Research status of CFTC and SEC actions against Trade LLC and its principals. Receive and review consent orders entered as to Trade LLC defendants. Receive and review Trade LLC's ninth report to court and unopposed motion for authority to make final distribution. Preparation of correspondence to A. Shealy regarding same. Preparation of correspondence to P. Stenger and L. Duston regarding same. Edit and update second report to the court. | 3.80 245.00/hr | 931.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/4/2012 | JLH | Conference with L. Duston regarding financial data for report. | 0.20 90.00/hr | 18.00 |
| | ANS | Review proposed report to the court. Preparation of correspondence to K. Hammond regarding same. | 0.30 90.00/hr | 27.00 |
| 9/5/2012 | JLH | Conference with A. Suttner regarding preparation of K-1 mailing. | 0.20 90.00/hr | 18.00 |
| | ANS | Retrieve and save second report to the court. Upload copy of same to investor website. Preparation of and coordinate service of courtesy copies of same. Correspondence exchange with M. Whilden regarding website update. Receive and respond to correspondence from investors regarding status of receivership and claims processing. Update investor database regarding same. | 1.00 90.00/hr | 90.00 |
| 9/6/2012 | KGH | Attorney analysis conference with L. Duston regarding tax returns, and participate in conference call with J. Jonckheere regarding same. Telephone conference with T. Weed regarding tax filing issues. Preparation of correspondence to L. Duston regarding same. Correspondence exchange with J. Hoag regarding preparations for mailing K-1s to investors. Telephone conferences with J. Hoag regarding same. Preparation of correspondence to attorneys of record and defendants regarding Receiver's second report to the Court. | 2.40 245.00/hr | 588.00 |
| | LDD | Telephone conversation with J. Jonckheere and K. Hammond regarding CFF tax return and K-1 status. Conference with K. Hammond regarding same. Conference with J. Hoag regarding proposed K-1's and distribution regarding same. | 1.00 195.00/hr | 195.00 |
| | JLH | Conference with team regarding status and preparation of K-1's. Correspondence exchange with K. Hammond regarding preparations for mailing K-1s to investors. Telephone conferences with K. Hammond regarding same. | 0.50 90.00/hr | 45.00 |
| | ANS | Conference with K. Hammond regarding status of preparation of investor K-1 statements. | 0.20 90.00/hr | 18.00 |
| 9/7/2012 | KGH | Receive and review correspondence from J. Jonckheere regarding methodology in preparing CFF's 2011 and amended 2010 Forms 1065 and related K-1s. Correspondence exchanges with J. Jonckheere regarding same. Receive and review correspondence from T. Weed regarding same. Correspondence exchanges with J. Hoag regarding upcoming mailing of K-1s to investors. Receive and review correspondence from J. Hoag regarding missing SSN and TIN numbers. | 2.00 245.00/hr | 490.00 |
| | JLH | Receive and review list of investors with missing/incorrect contact information from J. Jonckheere. Perform search of Accurint/TLO records for victims with incorrect contact information. Analyze results regarding same. Update victim database regarding same. Prepare | 2.90 90.00/hr | 261.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|

correspondence regarding same. Exchange correspondence with K. Hammond regarding same.

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/10/2012 | KGH | Receive and review correspondence from J. Jonckheere regarding partners missing EINs. Receive and review correspondences from J. Jonckheere regarding CFF's 2011 Form 1065 return and associated Schedule K-1s. Receive and review correspondences from P. Stenger regarding same. Draft proposed cover letter to investors regarding same. Correspondence exchange with A. Suttner regarding same. Revise proposed cover letter and forward to P. Stenger for review. Receive and review correspondence from J. Hoag regarding issues with J. Jonckheere's member list. Preparation of response regarding same. Correspondence exchange with L. Duston regarding K-1 issues. | 2.40 245.00/hr | 588.00 |
| | PSS | Telephone conversation with J. Jonckheere regarding 2011 tax return. Attorney analysis conference regarding same. Review various correspondence regarding same. | 2.00 200.00/hr | 400.00 |
| | JLH | Receive and review correspondence from J. Jonckheere. Review K-1's. Prepare report accordingly. Conference with L. Duston regarding same. | 4.50 90.00/hr | 405.00 |
| | ANS | Telephone conversation with investor regarding status of case. Update investor database regarding same. Receive and review correspondence from K. Hammond regarding proposed cover letter for investor K-1 statements. Conference with J. Hoag regarding revisions to same. Reply to K. Hammond regarding same. | 0.50 90.00/hr | 45.00 |
| | LDD | Conference with J. Hoag regarding 2011 K-1 distribution. Correspondence exchange with K. Hammond regarding same. | 0.40 195.00/hr | 78.00 |
| 9/11/2012 | JLH | Retrieve and transcribe voicemails from investors regarding status of case. Return telephone calls to investors regarding same. Update investor database with same. Generate copies of cover letter to accompany K-1. | 0.80 90.00/hr | 72.00 |
| 9/12/2012 | KGH | Receive and review correspondences from J. Johnckheere regarding tax return and K-1s. Receive and review 2011 Form 1065 return and Schedule K-1s from J. Jonckheere. Correspondence exchanges and conferences with L. Duston and J. Hoag regarding review of same. | 1.00 245.00/hr | 245.00 |
| | LDD | Receive and examine draft K-1's for Cash Flow Financial investors. Receive and review correspondence from J. Jonckheere regarding same. Conference with J. Hoag regarding review of tax forms. Telephone conversation with J. Jonckheere regarding methodology used to group investors. Review and examine draft K-1's for errors and omissions. Preparation of correspondence to J. Jonckheere regarding same. Receive and review correspondence from J. Jonckheere regarding resolution of K-1 issues. Preparation of response to same. Conference with J. Hoag regarding updated EIN's. | 2.50 195.00/hr | 487.50 |

|            |     |                                                                                                                                                                                                                                                                                                                                                  | Hrs/Rate          | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 9/12/2012  | JLH | Receive and review K-1's. Prepare correspondence to L. Duston for J. Jonckheere regarding same. Review CFF tax documents for missing or incorrect social security numbers and/or EIN's.                                                                                                                                                            | 2.00 90.00/hr     | 180.00 |
| 9/13/2012  | KGH | Receive and review correspondence from D. Toler regarding status of Chinese solar industry.  Telephone conference with D. Toler regarding status of Talesun deal.  Receive and review correspondences from J. Jonckheere regarding Form 1065 tax return and Schedule K-1s. Receive and review correspondence from L. Duston regarding same. Preparation of correspondence to J. Jonckheere regarding same. Telephone conference with J. Jonckheere regarding same. | 1.50 245.00/hr    | 367.50 |
|            | LDD | Receive and review correspondence from J. Jonckheere regarding revised K-1's for CFF.  Review of revisions and preparation of response to same.  Conference with J. Hoag regarding distribution of K-1's.   Conference with C. Smith regarding distribution of K-1's and scanning to file. | 0.80 195.00/hr    | 156.00 |
|            | CC  | Prepare packets for mailing 2011 K-1's to investors. Coordinate service of same.                                                                                                                                                                                                                                                                  | 0.50 75.00/hr     | 37.50  |
|            | HLD | Prepare packets for mailing 2011 K-1's to investors. Coordinate service of same.                                                                                                                                                                                                                                                                  | 0.50 75.00/hr     | 37.50  |
|            | JLH | Preparation of K-1 packets for service to investors. Scan and save tax information to investor files. Return telephone calls to investors regarding status of case. Update investor database with same.                                                                                                                                            | 4.20 90.00/hr     | 378.00 |
|            | ANS | Retrieve and transcribe voicemails from investors regarding status of case and distribution. Creation and preparation of mailing cover letters for investor K-1 statements.                                                                                                                                                                        | 5.00 90.00/hr     | 450.00 |
|            | CLS | Conference with A. Suttner, J. Hoag and P. Stenger regarding process for mailing and scanning of investor documentation. Preparation of mailing cover letters for K-1 statements.                                                                                                                                                                  | 0.50 90.00/hr     | 45.00  |
| 9/14/2012  | LDD | Conferences with A. Suttner and J. Hoag regarding distribution of K-1's for investors.  Review of various issues regarding same.                                                                                                                                                                                                                   | 1.00 195.00/hr    | 195.00 |
|            | KGH | Receive and review scheduling order in CFF v Meyer recovery action. Correspondence exchange with H. Wise regarding same. Receive and review correspondence from L. Duston regarding same. Conferences with J. Hoag regarding status of Schedule K-1 mailings. Receive and review correspondence from A. Shealy regarding status of Talesun deal.  Receive and review correspondence from J. Hoag regarding execution of e-file authorization regarding CFF's Form 1065 return and K-1s. | 1.60 245.00/hr    | 392.00 |
|            | JLH | Fax e-file authorization to J. Jonchkeere. Preparation of K-1 packets for service to investors. Review list from J. Jonckheere. Research regarding various issues concerning same. Prepare correspondence to L. Duston regarding same.                                                                                                              | 3.50 90.00/hr     | 315.00 |

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                             | Hrs/Rate       | Amount   |
|------------|-----|---|---|---|
| 9/14/2012  | ANS | Printing and organization of mailing cover letters for investor K-1 statements. Organization of investor packets for mailing. Preparation and assembly of investor K-1 packets. Research regarding various issues concerning same. Retrieve and transcribe voicemails from investors regarding status of case and distribution. | 8.30 90.00/hr | 747.00 |
|            | CC  | Preparation of 2011 K-1 packets for service to investors. | 3.50 75.00/hr | 262.50 |
|            | KW  | Preparation of 2011 K-1 packets for service to investors. | 2.10 75.00/hr | 157.50 |
|            | JY  | Preparation of 2011 K-1 packets for service to investors. | 3.00 75.00/hr | 225.00 |
|            | TG  | Coordinate service of 2011 K-1 packets to investors. | 0.90 75.00/hr | 67.50 |
|            | CLS | Preparation of mailing cover letters for K-1 statements. Review of finalized investor K-1 packets and verification of same against master list. | 1.50 90.00/hr | 135.00 |
| 9/17/2012  | KGH | Receive and review declaration of victim losses filed by Watson in US v Hassan Steel criminal case. Review complaint in Steel case regarding CFF funds invested by Watson. Review internal financial records regarding same. Correspondence exchanges with A. Suttner regarding same. Correspondence exchanges with A. Wood regarding same. Correspondence exchanges with A. Shealy regarding CFF wire transfer to Atomic Capital LLC/Daniel Meyer, and Meyer connection to Steel. Telephone conference with A. Shealy regarding same. Preparation of correspondence to A. Wood regarding Meyer wire transfers back to CFF. Correspondence exchanges with L. Duston regarding handling of CFF investor inquiries concerning K-1s. Receive and review correspondence from L. Duston regarding investors who did not receive K-1s. Receive and review declaration of D. Meyers from CFTC action against H. Steel regarding Atomic Capital and D. Meyers' solicitation of funds from CFF for sham investment. | 4.30 245.00/hr | 1,053.50 |
|            | LDD | Receive and review correspondence from F. Henderson and preparation of response to same. Preparation of correspondence to J. Jonckheere regarding investor K-1 inquiry. Receive and examine correspondences from K. Hammond and A. Shealy regarding H. Steel matter. | 0.50 195.00/hr | 97.50 |
|            | ANS | Receive and review request from D. Wells for electronic copy of K-1. Correspondence exchange with L. Duston regarding same. Preparation of correspondence to D. Wells regarding same. Receive and respond to correspondence from investors regarding status of receivership, content of K-1 statements, and claims processing. Update investor database regarding same. Telephone conversations with investors regarding K-1 statements and contents of same. | 1.60 90.00/hr | 144.00 |

| | Hrs/Rate | Amount |
|---|---|---|

9/18/2012 LDD   Receive and review correspondence from J. Jonckheere regarding K-1 issue.  Conference with K. Hammond regarding same.  Receive and review correspondence from A. Suttner regarding investor inquiries.  Preparation of response to same.
**0.60  195.00/hr    117.00**

JLH   Conference with L. Duston regarding K-1's and investor questions.
**0.20  90.00/hr    18.00**

ANS   Receive and review correspondence from investors regarding issues with K-1 statements. Preparation of correspondence to L. Duston regarding responses to same. Telephone conversations with investors regarding issues with K-1s.
**1.30  90.00/hr    117.00**

9/19/2012 LDD   Telephone conversations with multiple investors regarding K-1 issues.  Conference with J. Hoag and A. Suttner regarding investor inquiries.  Conference with P. Stenger regarding same.  Preparation of correspondence to J. Jonckheere regarding accounting questions.
**1.40  195.00/hr    273.00**

KGH   Telephone conference with D. Toler regarding status of Talesun deal.  Telephone conference with A. Donat regarding CFF victim restitution claim in US v Steel proceedings. Preparation of correspondence to J. Jonckheere regarding status of amended QSF returns.  Receive and review correspondence from L. Duston regarding K-1 issues.  Receive and review correspondence from J. Jonckheere regarding same.  Conferences with L. Duston regarding same.
**1.80  245.00/hr    441.00**

JLH   Conference with L. Duston regarding K-1's.
**0.30  90.00/hr    27.00**

PSS   Review various correspondence regarding tax issues.
**0.20  200.00/hr    40.00**

ANS   Telephone conversations with investors regarding issues with K-1s and status of claims processing. Retrieve and transcribe voicemails from investors regarding same.
**0.90  90.00/hr    81.00**

9/20/2012 KGH   Receive and review correspondence from J. Jonckheere regarding K-1 issues.  Conference with L. Duston regarding same.  Receive and review restitution check from Ferguson victims restitution fund.  Preparation of correspondence to issuing clerk regarding change of address.  Receive and review spreadsheet report on settlement payments in CFF v Soldado case.  Receive and review correspondence from D. Toler regarding status of Talesun solar project.  Preparation of correspondence to A. Shealy regarding same.  Conference with L. Duston and P. Stenger regarding K-1 issues.  Receive and review correspondence from L. Duston regarding conference call to discuss same with Plante Moran.  Preparation of correspondence to A. Donat regarding CFF victim restitution claim in US v Steel criminal proceedings.
**3.00  245.00/hr    735.00**

JLH   Conference with L. Duston and A. Suttner regarding status of case.
**0.30  90.00/hr    27.00**

|  | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/20/2012 | PSS | Review status of tax filings. | 0.30<br>200.00/hr | 60.00 |
| | ANS | Preparation of proof of service for K-1 statements sent to investors. Receive and respond to correspondence from investors regarding status of receivership, issues with K-1s, and claims processing. Update investor database regarding same. Retrieve and transcribe voicemails from victims regarding issues with K-1s and status of receivership. Return telephone calls to victims regarding same. | 2.00<br>90.00/hr | 180.00 |
| 9/21/2012 | JLH | Return telephone calls to investors regarding K-1's. Update investor database with same. | 0.40<br>90.00/hr | 36.00 |
| | ANS | Receive and respond to correspondence from investors regarding status of receivership, issues with K-1s, and claims processing. Update investor database regarding same. | 1.80<br>90.00/hr | 162.00 |
| 9/24/2012 | JLH | Retrieve and transcribe voicemails from investors regarding status of case and K-1's. Return telephone calls to investors regarding same. Update investor database with same. | 1.00<br>90.00/hr | 90.00 |
| | ANS | Retrieve and transcribe voicemails from investors regarding status of case, issues with K-1s, and distribution. Update victim database regarding same. Receive and respond to correspondence from investors regarding status of receivership, K-1s, and claims processing. Update investor database regarding same | 1.70<br>90.00/hr | 153.00 |
| 9/25/2012 | KGH | Draft correspondence to A. Donat regarding CFF victim claim in US v Steel proceedings.  Telephone conference with A. Donat regarding same. | 0.50<br>245.00/hr | 122.50 |
| | JLH | Conference with C. Smith regarding K-1's. Prepare correspondence to M. Whilden regarding same. | 0.50<br>90.00/hr | 45.00 |
| | ANS | Telephone conversations with investors regarding issues with K-1s. | 0.70<br>90.00/hr | 63.00 |
| 9/26/2012 | KGH | Telephone conference with D. Toler regarding status of Talesun deal. Preparation of correspondence to A. Shealy regarding same. Telephone conference with A. Donat regarding US v Steel case and victim restitution claim on behalf of CFF.  Receive and review correspondence from A. Donat regarding same.  Preparation of correspondence to A. Donat regarding same. | 2.30<br>245.00/hr | 563.50 |
| | LDD | Telephone conversation with investor regarding status of matter, K-1 and distribution.  Conference with J. Hoag regarding status of files. Conference with A. Suttner regarding status of reports. | 0.80<br>195.00/hr | 156.00 |
| | JLH | Retrieve and transcribe voicemails from investors regarding status of files. Return telephone calls to investors regarding same. Update investor database with same. Conference with L. Duston regarding status of case. | 1.40<br>90.00/hr | 126.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/26/2012 | ANS | Take telephone calls from investors regarding status of receivership, K-1s, and claims processing. Update investor database regarding same. Receive and respond to correspondence from investors regarding status of receivership, K-1s, and claims processing. Update investor database regarding same. | 3.70<br>90.00/hr | 333.00 |
| 9/27/2012 | LDD | Conference with J. Hoag and A. Suttner regarding status of files, preparations for upcoming mailings and issues pertaining to investor balances. | 1.00<br>195.00/hr | 195.00 |
| | JLH | Conference with L. Duston and A. Suttner regarding status of files, preparations for upcoming mailings and issues pertaining to investor balances. Return telephone calls to investors regarding status of case and questions on K-1's. Update investor database with same. | 2.20<br>90.00/hr | 198.00 |
| | ANS | Conference with L. Duston and J. Hoag regarding status of matter and preparation for mailing of claim forms. Prepare and coordinate service of documents regarding potential claim in H. Steel matter. | 1.60<br>90.00/hr | 144.00 |
| | PSS | Review status of D. Toler matter. | 0.20<br>200.00/hr | 40.00 |
| 9/28/2012 | KGH | Preparation of correspondence to P. Stenger regarding tax issues. Conference with P. Stenger regarding same. Prepare for and participate in conference call with J. Jonckheere, T. Weed, P. Stenger and L. Duston regarding K-1 issues. Receive and review correspondences from J. Jonckheere regarding same. | 2.00<br>245.00/hr | 490.00 |
| | LDD | Preparation for and attendance at telephone conference with J. Jonckheere and T.Weed regarding relevant tax issues and K-1's for investors. Receive and review correspondence from J. Jonckheere regarding proposed tax options going forward. Telephone conversation with J. Hoag regarding handling investor calls. | 2.50<br>195.00/hr | 487.50 |
| | ARW | Telephone conference with J. Jonckheere and T.Weed regarding relevant tax issues and K-1's for investors. | 1.00<br>90.00/hr | 90.00 |
| | JLH | Retrieve and transcribe voicemails from investors regarding status of case. Return telephone calls to investors regarding same. Update investor database with same. Telephone conversation with L. Duston regarding conference call with J. Jonckheere. | 2.40<br>90.00/hr | 216.00 |
| | ANS | Telephone conversations with investors regarding status of case and K-1s. Update investor database regarding same. Receive and examine correspondence from investors regarding changes of address and issues with K-1s. Update investor database with same. | 1.10<br>90.00/hr | 99.00 |
| | For professional services rendered | | 117.30 | $16,526.00 |

Additional Charges :

| | | Amount |
|---|---|---|
| 9/14/2012 | Copy Charges:  1,826 @ $.17 each. | 310.42 |
| | 913 Envelopes | 173.66 |
| 9/30/2012 | TLO searches. | 6.00 |
| | Copy Charges:  1,265 @ .17 each. | 215.05 |
| | Document Imaging:  243 @ $.20 each. | 48.60 |
| | Postage | 1,023.19 |
| | Total costs | $1,776.92 |
| | Total amount of this bill | $18,302.92 |

## Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Amy R Wood | 1.00 | 90.00 | $90.00 |
| Andrea N. Suttner | 31.70 | 90.00 | $2,853.00 |
| Caitlin Cates | 4.00 | 75.00 | $300.00 |
| Casey L. Smith | 2.00 | 90.00 | $180.00 |
| Heather L. Dykema | 0.50 | 75.00 | $37.50 |
| Jamie L. Hoag | 27.50 | 90.00 | $2,475.00 |
| Janell Yonker | 3.00 | 75.00 | $225.00 |
| Kay Griffith Hammond | 28.60 | 245.00 | $7,007.00 |
| Kristin Wieda | 2.10 | 75.00 | $157.50 |
| Laura D. Duston | 13.30 | 195.00 | $2,593.50 |
| Phillip S. Stenger | 2.70 | 200.00 | $540.00 |
| Theresa Gumowski | 0.90 | 75.00 | $67.50 |

# Classification

| Name | Title | Rate |
|------|-------|------|
| Phillip S. Stenger | Senior Principal | $250.00 |
| Kay G. Hammond | Attorney | $245.00 |
| Laura D. Duston | Attorney | $195.00 |
| Amanda M. Brewster | Attorney | $165.00 |
| Amanda L. McKendry | Project Administrator | $150.00 |
| Roger A. Silk | Certified Public Accountant | $150.00 |
| Alice T. Romsek | Certified Public Accountant | $150.00 |
| Mike T. Whilden | Information Technology Manager | $140.00 |
| Amy R. Wood | Paralegal | $90.00 |
| Casey L. Smith | Paralegal | $90.00 |
| Andrea N. Suttner | Paralegal | $90.00 |
| Jamie L. Hoag | Paralegal | $90.00 |
| Elizabeth C. Kingston | Paralegal | $90.00 |
| Caitlin A. Cates | Legal Assistant | $75.00 |
| Heather L. Dykema | Legal Assistant | $75.00 |
| Janell Yonker | Legal Assistant | $75.00 |
| Kristin Wieda | Legal Assistant | $75.00 |
| Theresa Gumowski | Legal Assistant | $75.00 |