*CFTC v. Watson, et al.*
Case No. 11-CV-10949

# EXHIBIT A
## To
## RECEIVER'S MOTION AND BRIEF FOR PAYMENT OF COSTS, FEES AND EXPENSES OF THE RECEIVER NO. 6

*Stenger & Stenger Invoices*
(Part 2 of 2)

# STENGER & STENGER
## A MICHIGAN PROFESSIONAL CORPORATION

PHILLIP S. STENGER
   ADMITTED IN MI, KY, MN, GA & CO
KAY GRIFFITH HAMMOND
   ADMITTED IN MI
LAURA D. DUSTON
   ADMITTED IN MI, KY, GA, CO & MD
JOSEPH M. JAMMAL
   ADMITTED IN MI & MN
DUSTIN H. ALLEN
   ADMITTED IN IN
AMANDA BREWSTER
   ADMITTED IN MI
OF COUNSEL:
LEE T. SILVER
   ADMITTED IN MI
DOUGLAS W. VAN ESSEN
   ADMITTED IN MI

2618 EAST PARIS AVENUE, S.E.
GRAND RAPIDS, MICHIGAN 49546

TELEPHONE (616) 940-1190
FACSIMILE (616) 940-1192
TOLL FREE (888) 305-7775

OF COUNSEL:
LEWIS G. MOSBURG, JR.
   ADMITTED IN MI & OK
DENISE M. HALLETT
   ADMITTED IN IN
MELISSA Y. HOFFMAN
   ADMITTED IN NJ & PA
DANIEL A. MANCINI
   ADMITTED IN NJ & PA
BRETT P. RILEY
   ADMITTED IN CO & WY
JESSICA WASSENBERG
   ADMITTED IN MN
CINQUE AXAM
   ADMITTED IN GA
DANIELLE P. ROBERTS
   ADMITTED IN GA

Invoice submitted to:

U.S. Commodity Futures Trading Commission
Attn: Allison Shealy - Division of Enforcement
Three Lafayette Centre
1155 21st Street NW
Washington, DC 20581

November 08, 2012

In Reference To:   CFTC v Watson, et al
                          Case No. 11-CV-10949

Invoice # 19024

Professional Services through October 31, 2012

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/1/2012 | LDD | Receive and review correspondence from A. Suttner regarding investor K-1 issue. Review of file and preparation of response to same. | 0.40<br>195.00/hr | 78.00 |
| | JLH | Receive and review mail returned from bad addresses. Update investor database with same. Perform search of Accurint/TLO records for investors with incorrect contact information. Analyze results regarding same. Update investor database regarding same. Generate report of files with bad addresses and review same. Review and creation of fields for separation of withdrawals/deposits for uploading to investor database. | 3.40<br>90.00/hr | 306.00 |
| 10/2/2012 | KGH | Receive and review correspondence from L. Duston regarding additional K-1 questions. | 0.20<br>245.00/hr | 49.00 |
| | LDD | Telephone conversation with investors regarding K-1 issues. Conference with J. Hoag regarding Trade LLC Receiver's request for additional information as to Trade investor overages. | 0.50<br>195.00/hr | 97.50 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/2/2012 | JLH | Receive and review claims from investors who received profit from Trade LLC. Conference with L. Duston regarding same. Generate report of claim amounts and identify which are ECM's. | 1.40 90.00/hr | 126.00 |
| 10/3/2012 | KGH | Receive and review correspondences from J. Jonckheere regarding talking points for investor queries regarding K-1s, and regarding member list issues. | 0.50 245.00/hr | 122.50 |
| 10/4/2012 | ANS | Telephone conversation with investor regarding status of case and potential timeframe for distribution. | 0.20 90.00/hr | 18.00 |
|  | JLH | Receive and review correspondence received from J. Jonckheere regarding tax issues. Review master list of claims with tax issues and prepare correspondence to L. Duston regarding same. | 0.80 90.00/hr | 72.00 |
| 10/8/2012 | KGH | Correspondence exchanges with H. Wise regarding status of Jason Meyer recovery action, and request for adjournment of status conference in case. Receive and review correspondence from L. Duston regarding investor K-1 questions. | 0.80 245.00/hr | 196.00 |
|  | ANS | Telephone conversation with investor regarding status of matter and potential timeframe for distribution. Receive and respond to correspondence from investors regarding status of receivership and claims processing. Update investor database regarding same. | 0.90 90.00/hr | 81.00 |
| 10/9/2012 | LDD | Receive and examine Trade LLC Receiver's list of investors who received money back from Trade but did not invest in Trade. Preparation of CFF accounting records for these investors including proposed ANIC. Preparation of correspondence to P. Rengstl regarding same. | 0.80 195.00/hr | 156.00 |
| 10/11/2012 | KGH | Receive and review order from adjourning status conference on CFF v J. Meyer recovery action. | 0.20 245.00/hr | 49.00 |
| 10/12/2012 | KGH | Receive and review correspondence from A. Wood regarding status of settlement payments by Gonzalez and Soldado. | 0.20 245.00/hr | 49.00 |
| 10/18/2012 | ANS | Receive and respond to correspondence from investors regarding status of receivership and claims processing. Update investor database regarding same. | 0.60 90.00/hr | 54.00 |
| 10/19/2012 | ANS | Telephone conversations with investors regarding status of matter and potential timeframe for mailing of claim forms and distribution. | 0.30 90.00/hr | 27.00 |
| 10/22/2012 | ANS | Telephone conversation with investor regarding status of potential claim and proof of investment for substantiation of same. | 0.20 90.00/hr | 18.00 |
|  | JLH | Retrieve and transcribe voicemails from investors regarding status of case. Return telephone calls to investors regarding same. Update investor database with same. Receive and review mail returned from bad addresses. Update investor database with same. | 3.40 90.00/hr | 306.00 |

U.S. Commodity Futures Trading Commission                                                    Page    3

|            |     |                                                                                                                                                                                                                                                                    | Hrs/Rate         | Amount |
|------------|-----|----|----|----|
| 10/23/2012 | JLH | Receive and review mail returned with bad addresses. Update investor database with same. Perform search of Accurint/TLO records for investors with incorrect contact information. Analyze results regarding same. Update investor database regarding same. Prepare packets for mailing 2011 K-1's to investors updated addresses. Coordinate service of same. Prepare proof of service regarding same. | 1.60<br>90.00/hr | 144.00 |
| 10/24/2012 | JLH | Receive and review mail returned with bad addresses. Update investor database with same. Perform search of Accurint/TLO records for investors with incorrect contact information. Analyze results regarding same. Update investor database regarding same. Prepare packets for mailing 2011 K-1's to investors updated addresses. Coordinate service of same. Prepare proof of service regarding same. | 1.80<br>90.00/hr | 162.00 |
| 10/25/2012 | ANS | Telephone conversations with investors regarding status of case and potential timeframe for distribution. | 0.40<br>90.00/hr | 36.00 |
| 10/26/2012 | ANS | Retrieve and transcribe voicemails from victims regarding status of case and potential timeframe for distribution. Return calls to investors regarding same. Receive and respond to correspondence from investors regarding status of receivership and claims processing. Update investor database regarding same. | 1.70<br>90.00/hr | 153.00 |
| 10/29/2012 | LDD | Telephone conversation with K. Hammond regarding D. Bishop matter and scheduling order. Telephone conversation with S. Rainey regarding written offer of settlement in D. Bishop matter. Receive and examine offer of settlement from Cotton Bledsoe. Preparation of correspondence to S. Rainey regarding same. Receive and review correspondence from P. Rengstl regarding Trade LLC claim in CFF receivership. | 0.70<br>195.00/hr | 136.50 |
|            | ANS | Telephone conversations with investors regarding status of case, claims process, and potential timeframe for distribution. | 0.40<br>90.00/hr | 36.00 |
|            | PSS | Review status of tax returns. | 0.20<br>200.00/hr | 40.00 |
|            | CLS | Prepare mergeable document for proposed claim form. | 0.80<br>90.00/hr | 72.00 |
| 10/30/2012 | ANS | Telephone conversation with investor regarding status of case and potential timeframe for distribution. | 0.20<br>90.00/hr | 18.00 |
| 10/31/2012 | LDD | Telephone conversation with P. Rengstl and J. Schneider regarding potential Trade LLC claim in CFF receivership. Conference with P. Stenger regarding same. | 0.70<br>195.00/hr | 136.50 |
|            | JLH | Receive and review mail returned from bad addresses. Update investor database with same. Perform search of Accurint/TLO records for investors with incorrect contact information. Analyze results regarding same. Update investor database regarding same. Prepare | 0.30<br>90.00/hr | 27.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | package to mail 2011 K-1 to updated address. Coordinate service regarding same. | | |
| 10/31/2012 | PSS | Review status of tax reporting. Telephone conversation with Trade LLC receiver. Attorney analysis conference regarding same. | 0.70 200.00/hr | 140.00 |
| | ANS | Telephone conversation with investor regarding status of case and timeframe for distribution. | 0.20 90.00/hr | 18.00 |
| | | For professional services rendered | 24.50 | $2,924.00 |

Additional Charges :

| | | Amount |
|---|---|---|
| 10/8/2012 | Federal Express | 37.60 |
| 10/31/2012 | Copy Charges: 12 @ $.17 each. | 2.04 |
| | Document Imaging: 259 @ $.20 each. | 51.80 |
| | TLO & Accurint searches. | 19.90 |
| | Postage | 14.88 |
| | Total costs | $126.22 |
| | Total amount of this bill | $3,050.22 |

Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Andrea N. Suttner | 5.10 | 90.00 | $459.00 |
| Casey L. Smith | 0.80 | 90.00 | $72.00 |
| Jamie L. Hoag | 12.70 | 90.00 | $1,143.00 |
| Kay Griffith Hammond | 1.90 | 245.00 | $465.50 |
| Laura D. Duston | 3.10 | 195.00 | $604.50 |
| Phillip S. Stenger | 0.90 | 200.00 | $180.00 |

Classification

| Name | Title | Rate |
|---|---|---|
| Phillip S. Stenger | Senior Principal | $250.00 |
| Kay G. Hammond | Attorney | $245.00 |
| Laura D. Duston | Attorney | $195.00 |
| Amanda M. Brewster | Attorney | $165.00 |
| Amanda L. McKendry | Project Administrator | $150.00 |
| Roger A. Silk | Certified Public Accountant | $150.00 |
| Alice T. Romsek | Certified Public Accountant | $150.00 |
| Mike T. Whilden | Information Technology Manager | $140.00 |
| Amy R. Wood | Paralegal | $90.00 |
| Casey L. Smith | Paralegal | $90.00 |
| Andrea N. Suttner | Paralegal | $90.00 |
| Jamie L. Hoag | Paralegal | $90.00 |
| Elizabeth C. Kingston | Paralegal | $90.00 |
| Caitlin A. Cates | Legal Assistant | $75.00 |
| Heather L. Dykema | Legal Assistant | $75.00 |
| Janell Yonker | Legal Assistant | $75.00 |
| Kristin Wieda | Legal Assistant | $75.00 |
| Theresa Gumowski | Legal Assistant | $75.00 |

00236361.DOC

# STENGER & STENGER
A MICHIGAN PROFESSIONAL CORPORATION

PHILLIP S. STENGER
   ADMITTED IN MI, KY, MN, GA & CO
KAY GRIFFITH HAMMOND
   ADMITTED IN MI
LAURA D. DUSTON
   ADMITTED IN MI, KY, GA, CO & MD
JOSEPH M. JAMMAL
   ADMITTED IN MI & MN
DUSTIN H. ALLEN
   ADMITTED IN IN
AMANDA BREWSTER
   ADMITTED IN MI
OF COUNSEL:
LEE T. SILVER
   ADMITTED IN MI
DOUGLAS W. VAN ESSEN
   ADMITTED IN MI

2618 EAST PARIS AVENUE, S.E.
GRAND RAPIDS, MICHIGAN 49546

TELEPHONE (616) 940-1190
FACSIMILE (616) 940-1192
TOLL FREE (888) 305-7775

OF COUNSEL:
LEWIS G. MOSBURG, JR.
   ADMITTED IN MI & OK
DENISE M. HALLETT
   ADMITTED IN IN
MELISSA Y. HOFFMAN
   ADMITTED IN NJ & PA
DANIEL A. MANCINI
   ADMITTED IN NJ & PA
BRETT P. RILEY
   ADMITTED IN CO & WY
JESSICA WASSENBERG
   ADMITTED IN MN
CINQUE AXAM
   ADMITTED IN GA
DANIELLE P. ROBERTS
   ADMITTED IN GA

Invoice submitted to:

U.S. Commodity Futures Trading Commission
Attn: Allison Shealy - Division of Enforcement
Three Lafayette Centre
1155 21st Street NW
Washington, DC 20581

December 13, 2012

In Reference To: CFTC v Watson, et al
Case No. 11-CV-10949

Invoice # 19035

Professional Services through November 30, 2012

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/1/2012 | LDD | Preparation for status meeting with staff. Preparation of agenda for meeting. Conference with staff regarding upcoming investor mailing, process for cleaning up files, updating investor claim amounts in system and other preparations for the investor claims process. Conference with A. Wood regarding various broker issues. Preparation of minutes from meeting with staff. Conference with J. Hoag regarding file maintenance issues. | 3.50<br>195.00/hr | 682.50 |
| | ARW | Attendance at status meeting with staff. Conference with L. Duston regarding commission payments. Review of meeting minutes. | 1.50<br>90.00/hr | 135.00 |
| | JLH | Attendance at status meeting with staff. Generate report of bad addresses. Conference with team regarding status of case. Review minutes from same. Conference with L. Duston regarding investor claims. Generate code for files to be opened to receive claim form. | 3.50<br>90.00/hr | 315.00 |
| | ANS | Preparation of claim forms for merging of claim forms. Meeting with team regarding status of matter and preparation for mailing of claim forms. Conference with L. Duston regarding potential issue and notification procedure for investor disputes. Receive and review correspondence from investor regarding distribution. Update investor | 3.00<br>90.00/hr | 270.00 |

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | file regarding same. Conference with J. Hoag regarding opening files in system for various investor claims. Review and correct formatting of investor names in database in preparation for mailing of claim forms. | | |
| 11/1/2012 | ALM | Conference with team to discuss status of case and preparation for merging of claim forms. | 1.00<br>150.00/hr | 150.00 |
| 11/2/2012 | ARW | Enter commission amounts into spreadsheet for calculation of ANIC amounts. Prepare correspondence to L. Duston regarding same. | 2.00<br>90.00/hr | 180.00 |
| | LDD | Conference with A. Suttner regarding investor issue. Receive and review correspondence from A. Wood regarding broker claims. Receive and review correspondences from P. Rengstl regarding Trade claim in CFF and investors with overages. Review of files regarding same. Review of spreadsheet provided by Trade Receiver regarding investors with negative claims in Trade and comparison to CFF files. | 1.50<br>195.00/hr | 292.50 |
| | JLH | Conference with A. Wood regarding updates to investor files. | 0.50<br>90.00/hr | 45.00 |
| | ANS | Telephone conversation with investor regarding status of case and proposed claims procedure. Telephone conversation with L. Duston regarding same. Receive and respond to correspondence from investors regarding requests for case update and potential timeframe for distribution. | 1.70<br>90.00/hr | 153.00 |
| 11/3/2012 | JLH | Scan and save wire transfers to system. | 1.10<br>90.00/hr | 99.00 |
| 11/5/2012 | LDD | Receive and examine correspondence from J. Jonckheere regarding various tax issues. Receive and review correspondence from P. Stenger regarding same. Receive and review correspondence from investor regarding status of matter and preparation of response to same. | 0.80<br>195.00/hr | 156.00 |
| | PSS | Receive and review correspondence regarding amended return. Reply to same. | 0.20<br>200.00/hr | 40.00 |
| | JLH | Review and analysis of investor claim amounts and CFF financial records claim amounts. Receive and review email from C. Smith regarding opening of files. Perform searches of records for investors and brokers with incorrect contact information. Analyze results regarding same. Update investor database regarding same. Review and revise letter to investors. Conference with A. Suttner regarding same. | 6.10<br>90.00/hr | 549.00 |
| | ANS | Telephone conversations with investors regarding status of case and distribution. Update investor files regarding same. Receive and respond to correspondence from investors regarding status of receivership and claims processing. Update investor database | 5.60<br>90.00/hr | 504.00 |

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                        | Hrs/Rate          | Amount |
|------------|-----|------|------|------|
|            |     | regarding same. Receive and review correspondence from investor regarding titling of investor claim pursuant to divorce decree. | | |
| 11/7/2012  | KGH | Correspondence exchanges with H. Wise regarding joint pre-trial conference in J. Meyer case. | 0.50 245.00/hr | 122.50 |
|            | JLH | Conference with L. Duston regarding commissions received from New Life Club. Receive and review mail returned from bad addresses. Update investor database with same. Perform search of Accurint/TLO records for investors with incorrect contact information. Analyze results regarding same. Update investor database regarding same. Prepare 2011 K-1 packets for mailing to updated address. Call investors regarding bad addresses. | 7.20 90.00/hr | 648.00 |
|            | ANS | Telephone conversations with investors regarding status of case and timeframe for distribution. | 0.30 90.00/hr | 27.00 |
|            | LDD | Conference with J. Hoag regarding broker commissions. | 0.20 195.00/hr | 39.00 |
| 11/8/2012  | LDD | Conference with J. Hoag regarding various investor claim issues. Conference with J. Hoag and A. Wood regarding M. Potts bank account and various investor entries in order to determine claim amounts regarding same. Review of spreadsheet of various entries on M. Potts accounts regarding same. Review of outstanding investor claim issues with J. Hoag. Review of M. Potts financial entries with A. Wood. | 2.40 195.00/hr | 468.00 |
|            | JLH | Review and analysis of investor claim amounts and CFF financial records claim amounts. Prepare correspondence to L. Duston regarding M. Baransky research. Conference with L. Duston and A. Wood regarding M. Potts bank statements. | 6.80 90.00/hr | 612.00 |
| 11/9/2012  | LDD | Preparation for conference call with Plante Moran. Telephone conversation with P. Stenger, T. Weed and D. Rynearson regarding tax issues for CFF. | 1.00 195.00/hr | 195.00 |
|            | PSS | Conference call regarding 2010, 2011 and 2012 tax returns. | 0.50 200.00/hr | 100.00 |
|            | JLH | Retrieve and transcribe voicemails from investors regarding status of case. Return telephone calls to investors regarding same. Update investor database with same. | 2.40 90.00/hr | 216.00 |
|            | ANS | Telephone conversation with investor regarding status of case and timeline of claims processing. | 0.20 90.00/hr | 18.00 |
| 11/12/2012 | KGH | Telephone call and preparation of correspondence to H. Wise regarding joint pretrial conference filing in J. Durbin recovery action. | 0.50 245.00/hr | 122.50 |
|            | AMB | Conference with L. Duston regarding M. Miller commissions spreadsheet. Review the same. | 0.20 165.00/hr | 33.00 |

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                    | Hrs/Rate          | Amount |
|------------|-----|------|------|------|
| 11/12/2012 | LDD | Review and examination of Trade LLC negative claims for deduction in CFF receivership. Review of investor issues with marital claims and family claims. Conference with A. Suttner and J. Hoag regarding information from investor response forms. Telephone conversation with A. Brewster regarding commissions paid by M. Miller to brokers. Preparation of spreadsheet regarding same. Preparation of correspondence to A. Wood same. Review of status of matter for upcoming claims procedure. Review and audit files regarding ANICs. | 5.00<br>195.00/hr | 975.00 |
|            | JLH | Review and analysis of investor claim amounts and CFF financial records claim amounts. Conference with L. Duston and A. Suttner regarding same. | 7.00<br>90.00/hr | 630.00 |
|            | ANS | Conference with L. Duston and J. Hoag regarding status of review of investor response forms. Research regarding forms to be prepared for merging of claims process. | 2.30<br>90.00/hr | 207.00 |
| 11/13/2012 | KGH | Telephone conferences with H. Wise regarding status of J. Meyer recovery action. Correspondence exchange with L. Duston regarding deposit of garnishment check from BOA. | 0.50<br>245.00/hr | 122.50 |
|            | LDD | Conference with J. Hoag regarding investor issues. Review of investor files regarding same. Conference with A. Suttner regarding status of forms for upcoming mailing to investors. Review of commission spreadsheets from M. Miller and CFF to determine effect on joint claims. Review of Trade LLC negative claims for effect on CFF claimants. | 1.60<br>195.00/hr | 312.00 |
|            | JLH | Review documents recovered from A. Watson for investment relationships. Perform research regarding same. Scan and save same. Update contact information for investors with bad addresses. | 5.50<br>90.00/hr | 495.00 |
|            | ANS | Conference with J. Hoag regarding entry of notes in investor database. Conference with L. Duston regarding preparation of claim forms. Receive and review various documents submitted by investors, including changes of address and requests for updates. Update investor database regarding same. | 2.50<br>90.00/hr | 225.00 |
| 11/14/2012 | KGH | Receive and review updated report on hearings and motions in J. Meyer recovery actions. Correspondence exchanges with H. Wise regarding same. Receive and review schedule of Gonzalez and Soldado settlement payments. | 0.60<br>245.00/hr | 147.00 |
|            | LDD | Attorney analysis conference with P. Stenger regarding various issues regarding combined claims, commissions issues and Trade LLC claim. Review of documents regarding same. Receive and examine correspondence from investor regarding dispute as to amount stated on K-1. Review of file and preparation of correspondence to A. Suttner regarding same. | 2.30<br>195.00/hr | 448.50 |

U.S. Commodity Futures Trading Commission

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/14/2012 | ARW | Review correspondence from L. Duston and J. Hoag regarding investor changes. Update investor spreadsheet regarding same. Conference with L. Duston regarding M. Miller commissions and investor spreadsheet. | 1.00<br>90.00/hr | 90.00 |
| | PSS | Review claims processing issues. Attorney analysis conference regarding same. Review Trade Receiver claim. | 1.20<br>200.00/hr | 240.00 |
| | JLH | Review and research files with incorrect investor contact information. Update investor database with same. Perform search of Accurint/TLO records for investors with incorrect contact information. Analyze results regarding same. Update investor database regarding same. Prepare correspondence to L. Duston regarding same. Review relationships of investors and link family members together. | 6.10<br>90.00/hr | 549.00 |
| | ANS | Receive and respond to correspondence from investors regarding status of receivership and claims processing. Update investor database regarding same. | 1.50<br>90.00/hr | 135.00 |
| 11/15/2012 | LDD | Preparation for staff meeting regarding status of matter. Preparation of agenda and action items. Conference with staff regarding status of matter and preparations for upcoming claims procedure. Conference with J. Hoag regarding various investor issues. Conference with P. Stenger regarding investor issues. | 3.30<br>195.00/hr | 643.50 |
| | ARW | Conference with staff regarding status of matter and preparations for upcoming claims procedure. Research regarding commission payments to ECM. | 2.00<br>90.00/hr | 180.00 |
| | PSS | Preparation for and attendance at meeting to discuss issues in preparation for claims procedure. Follow up regarding same. | 1.50<br>200.00/hr | 300.00 |
| | JLH | Conference with staff regarding status of case. Review and analysis of investors with negative CFF claims. | 8.80<br>90.00/hr | 792.00 |
| | ANS | Preparation of updates and various information for team meeeting. Preparation of summary of investor database codes and statuses already in place for claims processing. Meeting with team regarding status of matter and preparation for mailing of claim forms. Preparation of correspondence to J. Hoag and L. Duston regarding address verification letters and revision of same. | 2.60<br>90.00/hr | 234.00 |
| | ALM | Conference with team to discuss status of case and preparation for merging of claim forms. | 1.50<br>150.00/hr | 225.00 |
| 11/16/2012 | JLH | Review and analysis of investor files with negative claims. Conference with L. Duston, A. Suttner and A. Wood regarding same. Scan and save investor documents to investor files. | 7.80<br>90.00/hr | 702.00 |
| 11/19/2012 | KGH | Correspondence exchanges with H. Wise regarding joint pretrial submission in J. Meyer recovery matter. Receive and review order granting government's motion for summary judgment against Potts. Review and edit proposed joint pretrial submission in J. Meyer case. | 1.00<br>245.00/hr | 245.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | Receive and review letter of settlement required in Bishop homestead forfeiture action. |  |  |
| 11/19/2012 | JLH | Conference with L. Duston regarding investor issues. Prepare files for mailing of claim forms. | 1.50<br>90.00/hr | 135.00 |
| 11/21/2012 | JLH | Receive and review mail returned from bad addresses. Update investor database with same. Review and analysis of investor claim amounts and CFF financial records claim amounts. Conference with A. Wood regarding same. | 2.10<br>90.00/hr | 189.00 |
| 11/26/2012 | JLH | Prepare correspondence to L. Duston regarding investor issue. | 0.10<br>90.00/hr | 9.00 |
| 11/27/2012 | PSS | Receive and review correspondence from A. Shealy. Reply to same. | 0.30<br>200.00/hr | 60.00 |
|  | KGH | Conference with L. Duston regarding status of Trade LLC request for return of alleged overpayment. Conference call with A. Dorfner and S. Rainey regarding status and further handling of Bishop homestead forfeiture proceedings. | 0.80<br>245.00/hr | 196.00 |
|  | KGH | Receive and review correspondence from A. Shealy regarding supplemental consent order as to Watson and final judgment as to Potts. Receive and review correspondence from P. Stenger regarding same and situation with D. Toler. | 0.40<br>245.00/hr | 98.00 |
| 11/28/2012 | LDD | Conference with A. Wood regarding financials for A. Watson commissions and personal expenses. Receive and review correspondence from A. Wood regarding status of A. Watson financials. | 0.40<br>195.00/hr | 78.00 |
|  | ARW | Receive and review correspondence from K. Hammond regarding A. Watson expenses and commissions received. Conference with L. Duston regarding same. Prepare spreadsheet detailing expenses and commission paid. | 2.00<br>90.00/hr | 180.00 |
| 11/29/2012 | KGH | Review status of CI Solar deal. Telephone call to D. Toler regarding same. Review status of severed action to inventory D. Bishop's BOA safe deposit box. Preparation of correspondence to S. Rainey regarding same. Receive and review correspondence and spreadsheet support from A. Wood regarding CFF personal expenses and commissions paid to Watson. Telephone conference with H. Wise regarding status of J. Meyer recovery matter. | 1.30<br>245.00/hr | 318.50 |
| 11/30/2012 | KGH | Telephone conference with H. Wise regarding status of CFF recovery action against J. Meyer. Receive and review correspondence from D. Toler regarding status of CI Solar case. Review status of pending recovery actions and financial analyses regarding amounts paid to Watson as personal expenses and commissions. Correspondence exchange with S. Rainey regarding status of BOA garnishment action against Bishop and forfeiture action regarding homestead sale | 3.00<br>245.00/hr | 735.00 |

|  | Hrs/Rate | Amount |
|---|---:|---:|

proceeds. Preparation of correspondence to A. Shealy regarding case status and financials.

| | | |
|---|---:|---:|
| For professional services rendered | 131.70 | $16,068.00 |

Additional Charges :

| Date | Description | Amount |
|---|---|---:|
| 11/1/2012 | PACER Charges: Public Access to Court Records | 1.10 |
| 11/16/2012 | Cotton Bledsoe Tighe & Dawson Invoice No. 186578 dated Nov. 9, 2012. | 2,898.03 |
| 11/30/2012 | Copy Charges: 15 @ $.17 each. | 2.55 |
| | Document Imaging: 7,250 @ $.20 each. | 1,450.00 |
| | TLO and Accurint searches. | 22.20 |
| | Postage | 2.98 |

| | |
|---|---:|
| Total costs | $4,376.86 |
| Total amount of this bill | $20,444.86 |

### Attorney Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Amanda L. McKendry | 2.50 | 150.00 | $375.00 |
| Amanda M. Brewster | 0.20 | 165.00 | $33.00 |
| Amy R Wood | 8.50 | 90.00 | $765.00 |
| Andrea N. Suttner | 19.70 | 90.00 | $1,773.00 |
| Jamie L. Hoag | 66.50 | 90.00 | $5,985.00 |
| Kay Griffith Hammond | 8.60 | 245.00 | $2,107.00 |
| Laura D. Duston | 22.00 | 195.00 | $4,290.00 |
| Phillip S. Stenger | 3.70 | 200.00 | $740.00 |

# STENGER & STENGER
## A MICHIGAN PROFESSIONAL CORPORATION

PHILLIP S. STENGER
   ADMITTED IN MI, KY, MN, GA & CO
KAY GRIFFITH HAMMOND
   ADMITTED IN MI
LAURA D. DUSTON
   ADMITTED IN MI, KY, GA, CO & MD
JOSEPH M. JAMMAL
   ADMITTED IN MI & MN
DUSTIN H. ALLEN
   ADMITTED IN IN
AMANDA BREWSTER
   ADMITTED IN MI
OF COUNSEL:
LEE T. SILVER
   ADMITTED IN MI
DOUGLAS W. VAN ESSEN
   ADMITTED IN MI

2618 EAST PARIS AVENUE, S.E.
GRAND RAPIDS, MICHIGAN 49546

TELEPHONE (616) 940-1190
FACSIMILE (616) 940-1192
TOLL FREE (888) 305-7775

OF COUNSEL:
LEWIS G. MOSBURG, JR.
   ADMITTED IN MI & OK
DENISE M. HALLETT
   ADMITTED IN IN
MELISSA Y. HOFFMAN
   ADMITTED IN NJ & PA
DANIEL A. MANCINI
   ADMITTED IN NJ & PA
BRETT P. RILEY
   ADMITTED IN CO & WY
JESSICA WASSENBERG
   ADMITTED IN MN
CINQUE AXAM
   ADMITTED IN GA
DANIELLE P. ROBERTS
   ADMITTED IN GA

Invoice submitted to:

U.S. Commodity Futures Trading Commission
Attn: Allison Shealy - Division of Enforcement
Three Lafayette Centre
1155 21st Street NW
Washington, DC 20581

January 03, 2013

In Reference To:   CFTC v Watson, et al
                         Case No. 11-CV-10949

Invoice # 19044

Professional Services through December 31, 2012

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/1/2012 | ANS | Receive and respond to correspondence from investors regarding status of receivership and claims processing. Update investor database regarding same. Retrieve and transcribe voicemails from investors regarding same. | 1.70<br>90.00/hr | 153.00 |
| 12/3/2012 | LDD | Receive and review correspondence from A. Shealy regarding A. Watson accounts. Receive and review correspondence from A. Wood regarding same. Receive and examine bankruptcy notice regarding certain outside investments and analysis of potential claim. Receive and review correspondence from P. Rengstl regarding Trade, LLC claim in CFF receivership. | 0.70<br>195.00/hr | 136.50 |
| | KGH | Receive and review correspondence from A. Shealy regarding identification of unclassified entries on financial update spreadsheet. Receive and review response from A. Wood regarding same. | 0.40<br>245.00/hr | 98.00 |
| | JLH | Retrieve and transcribe voicemails from investors regarding status of case. Return telephone calls to investors regarding same. Update investor database with same. Conference with A. Wood regarding status of case. | 0.80<br>90.00/hr | 72.00 |

|            |     |                                                                                                                                                                                                                                                                 | Hrs/Rate        | Amount |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|--------|
| 12/3/2012  | ANS | Telephone conversations with investors regarding status of case and claims processing. Update investor database regarding same.                                                                                                                                 | 0.40<br>90.00/hr | 36.00  |
| 12/4/2012  | LDD | Conference with A. Wood and J. Hoag regarding various investor issues. Conference with P. Stenger regarding Trade LLC potential claim in CFF receivership. Review of Trade LLC claim information for conference call with P. Rengstl.                           | 1.60<br>195.00/hr | 312.00 |
|            | PSS | Attorney analysis conference regarding potential claim by Trade LLC for overpayments made by Trade to investors. Review spreadsheet regarding same.                                                                                                             | 1.00<br>200.00/hr | 200.00 |
|            | JLH | Review and save investor documents to investor file. Conference with L. Duston and A. Wood regarding various investor issues.                                                                                                                                   | 1.40<br>90.00/hr | 126.00 |
| 12/5/2012  | LDD | Telephone conversation with P. Rengstl regarding Trade LLC claim in CFF receivership. Conference with P. Stenger regarding same. Preparation of correspondence to A. Shealy regarding same. Conference with A. Wood regarding M. Miller commission payments to sub-cc's. Conference with K. Hammond regarding bankruptcy proof of claim in Patriot Coal Corporation, et al matter. | 1.80<br>195.00/hr | 351.00 |
|            | KGH | Conference with L. Duston regarding applicability of bankruptcy notice to CFF claims. Research regarding same. Receive and review correspondence from H. Wise regarding status of J. Meyer recovery matter. Preparation of correspondence to H. Wise regarding professional fees. | 1.00<br>245.00/hr | 245.00 |
|            | PSS | Review spreadsheet regarding differences in claims. Attorney analysis conference regarding same.                                                                                                                                                                 | 0.50<br>200.00/hr | 100.00 |
|            | JLH | Perform search of Accurint/TLO records for investors. Analyze results regarding same. Update investor database regarding same. Conference with A. Wood regarding same.                                                                                           | 0.90<br>90.00/hr | 81.00  |
| 12/6/2012  | LDD | Preparation for conference call with A. Shealy regarding Trade LLC issue and review of documents regarding same. Telephone conversation with A. Shealy regarding Trade, LLC claim. Conference with P. Stenger regarding same.                                    | 1.20<br>195.00/hr | 234.00 |
|            | PSS | Preparation for and attendance at conference call with A. Shealy regarding Trade Receiver claim.                                                                                                                                                                 | 0.30<br>200.00/hr | 60.00  |
|            | JLH | Retrieve and transcribe voicemails from investors regarding status of case. Return telephone calls to investors regarding same. Update investor database with same. Receive and examine correspondence from investors and investor response forms. Update investor database with same. | 1.80<br>90.00/hr | 162.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/6/2012 | ANS | Telephone conversation with investor regarding status of case and potential timeframe for claims processing. Receive and respond to correspondence from investors regarding same. Update investor database regarding same. | 0.50 90.00/hr | 45.00 |
| 12/7/2012 | ANS | Upload various documents to investor website. Retrieve and transcribe voicemails from investors regarding status of case and claims processing. | 0.20 90.00/hr | 18.00 |
| 12/10/2012 | KGH | Preparation of correspondence to D. Toler regarding status of CI Solar project. Review pretrial order requirements in Bishop forfeiture case. Review verified complaint for forfeiture, receiver's answer and claim of interest and D. Bishop's affidavit response. Preparation of correspondence to A. Romsek regarding status of case and serving as expert witness if case should go to trial. | 2.20 245.00/hr | 539.00 |
| 12/11/2012 | KGH | Correspondence exchange with J. Hoag regarding November fees. Review and respond to correspondence from J. Altenburg regarding CI Solar matter. Related research on information produced by D. Tolar. Receive and review correspondence from H. Wise regarding recovery matter against J. Meyer. Review and revise proposed joint pre-trial filing in that action. Preparation of correspondence to H. Wise regarding same. Preparation of correspondence to A. Dorfner regarding expert witness report due in Bishop forfeiture action. | 3.50 245.00/hr | 857.50 |
| 12/12/2012 | KGH | Review court rule requirements for expert witness reports. Prepare requisite documents and instructions for A. Romsek to prepare expert witness report in Bishop disgorgement matter. Correspondence exchanges with H. Wise regarding proceedings in CFF recovery matter against J. Meyer. Receive and review proposed pretrial order signed by counsel for all remaining parties. Correspondence exchange with H. Wise regarding attendance required at Meyer hearing in January. | 3.80 245.00/hr | 931.00 |
|  | JLH | Review and analysis of investor files in preparation for claim process. | 0.40 90.00/hr | 36.00 |
| 12/13/2012 | ANS | Telephone conversations with investor regarding status of case and potential timeframe for distribution. | 0.30 90.00/hr | 27.00 |
| 12/17/2012 | LDD | Receive and respond to correspondence from A. Romsek regarding expert witness report. Conference with A. Suttner regarding investor issue. Receive and review correspondence from K. Hammond regarding compensation motion. Review of invoices from July through November 2012 and preparation of summary of services performed. | 1.50 195.00/hr | 292.50 |
|  | KGH | Review and respond to correspondence from D. Toler regarding status of CI Solar project. Report to A. Shealy regarding same. Report to J. Altenburg regarding same. Draft compensation motion #6. Preparation of correspondence to L. Duston regarding fee summaries. Receive and review A. Romsek's expert report for Bishop | 2.80 245.00/hr | 686.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | forfeiture action. Correspondence exchanges with A. Dorfner regarding filing of same. |  |  |
| 12/17/2012 | ARW | Prepare documentation for A. Romsek for expert report preparation. | 0.50<br>90.00/hr | 45.00 |
|  | ANS | Receive and respond to correspondence from victims regarding status of case and claims processing. | 0.50<br>90.00/hr | 45.00 |
| 12/20/2012 | KGH | Receive and review correspondence from H. Wise regarding professional fees. Receive and review correspondence from H. Wise regarding status of criminal proceedings against D. Bishop. Correspondence exchange with S. Rainey regarding status of forfeiture action concerning proceeds of sale of Bishop homestead. Preparation of correspondence to J. Altenburg regarding status of CI Solar matter. | 1.30<br>245.00/hr | 318.50 |
| 12/21/2012 | KGH | Receive and review correspondence from defense counsel to magistrate judge requesting permission to file motion of firm to be relieved as counsel under seal. Receive and review proposed final claimant's designation of expert witness in Bishop homestead forfeiture action. Correspondence exchanges with S. Rainey regarding same. Receive and review correspondence from S. Rainey to D. Bishop regarding same. | 1.60<br>245.00/hr | 392.00 |
| 12/27/2012 | KGH | Receive and review correspondence from A. Wood regarding status of settlements payments in CFF v Gonzalez and Soldado recovery action. | 0.20<br>245.00/hr | 49.00 |

|  |  |
|---|---|
| For professional services rendered | 34.80     $6,648.00 |

Additional Charges :

|  |  |
|---|---|
| 12/31/2012 Harry H. Wise, III, Invoice No. S107, dated December 5, 2012. | 2,000.00 |
| Harry H. Wise, III, Invoice No. S108, dated December 17, 2012. | 1,900.00 |
| Postage | 0.57 |
| Document Imaging: 20 @ $.20 each. | 4.00 |
| PACER Charges: Public Access to Court Records | 13.40 |
| Total costs | $3,917.97 |
| Total amount of this bill | $10,565.97 |

## Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Amy R Wood | 0.50 | 90.00 | $45.00 |
| Andrea N. Suttner | 3.60 | 90.00 | $324.00 |
| Jamie L. Hoag | 5.30 | 90.00 | $477.00 |
| Kay Griffith Hammond | 16.80 | 245.00 | $4,116.00 |
| Laura D. Duston | 6.80 | 195.00 | $1,326.00 |
| Phillip S. Stenger | 1.80 | 200.00 | $360.00 |

Classification

| Name | Title | Rate |
|---|---|---|
| Phillip S. Stenger | Senior Principal | $250.00 |
| Kay G. Hammond | Attorney | $245.00 |
| Laura D. Duston | Attorney | $195.00 |
| Amanda M. Brewster | Attorney | $165.00 |
| Amanda L. McKendry | Project Administrator | $150.00 |
| Roger A. Silk | Certified Public Accountant | $150.00 |
| Alice T. Romsek | Certified Public Accountant | $150.00 |
| Mike T. Whilden | Information Technology Manager | $140.00 |
| Amy R. Wood | Paralegal | $90.00 |
| Casey L. Smith | Paralegal | $90.00 |
| Andrea N. Suttner | Paralegal | $90.00 |
| Jamie L. Hoag | Paralegal | $90.00 |
| Elizabeth C. Kingston | Paralegal | $90.00 |
| Caitlin A. Cates | Legal Assistant | $75.00 |
| Heather L. Dykema | Legal Assistant | $75.00 |
| Janell Yonker | Legal Assistant | $75.00 |
| Kristin Wieda | Legal Assistant | $75.00 |
| Theresa Gumowski | Legal Assistant | $75.00 |