CFTC v CASH FLOW FINANCIAL
FINAL ACCOUNTING
SOURCES AND USES OF FUNDS

AS OF 02/28/19

### SOURCES OF FUNDS FROM CFF, WATSON AND JEDBURGH

| | |
|---|---:|
| Jedburgh Group Escrow | $ 36,863.64 |
| Bank of America #6179 Alan Watson | 1,042.98 |
| Bank of America #3383 Alan Watson | 7,670.82 |
| Frinkebeiner Trust Account | 3,226,233.77 |
| Christian Financial CU 91031 Alan Watson | 40.01 |
| Christian Financial CU 211456 Alan Watson | 830.09 |
| Garnishment of Keith Freemans BOA Account | 4,637.79 |
| Merrill Lynch | 0.99 |
| **Total Received:** | **3,277,320.09** |

### OTHER SOURCES OF FUNDS

| | |
|---|---:|
| Trade Station Securities | 138.90 |
| PFG, Inc | 1,729.00 |
| TD Ameritrade Inc | 2,303.56 |
| Restitution Received | 3,788,304.89 |
| Interest Earned | 39,763.81 |
| Fulton Bank Potts | 156.26 |
| Stenger & Stenger -open account -2620 | 200.00 |
| Trade LLC | 2,009,903.66 |
| **Total Received:** | **5,842,500.08** |

**TOTAL SOURCES OF FUNDS:**  9,119,820.17

### USES OF FUNDS

| | | |
|---|---|---:|
| Bank Service and Check Charges | | 18,025.67 |
| Professional Fees & Expenses | see Note 1 | 1,599,455.35 |
| Distribution settlement to investors | | 7,269,838.36 |
| Return order-Jeffrey Schneider | | 123,880.07 |
| Tax Penalties | | 600.00 |

**TOTAL USES OF FUNDS**  9,011,799.45

**NET SOURCES OF FUNDS AS OF 02/28/19:**  108,020.72

| | |
|---|---:|
| Fifth Third Bank - savings money market-2612 | 50,129.90 |
| Fifth Third Bank - checking-2638 | 27,687.63 |
| Fifth Third Bank - checking-2620 | 30,203.19 |
| **BALANCE IN CFF BANK ACCOUNTS ON 02/28/19** | **108,020.72** |

Note 1:  Professional Fees & Expenses Paid Through 02/28/19:

| | |
|---|---:|
| Stenger & Stenger | 1,289,999.29 |
| Plante Moran | 47,353.32 |
| Harry Wise, III | 146,140.58 |
| Cotton Bledsoe | 72,860.46 |
| Edward Mitchell | 11,456.33 |
| Alice Romsek, expert witness | 1,500.00 |
| Holland & Knight | 30,145.37 |
| | **1,599,455.35** |

## **CERTIFICATE OF SERVICE**

Kay Griffith Hammond, an attorney, hereby certifies that on April 24, 2019, she caused to be served a copy of the foregoing Final Accounting via electronic filing on the following ECF parties:

Daniel J. Grimm
U.S. Commodity Futures Trading Commission
Division of Enforcement
1155 21st Street, N.W.
Washington, D.C. 20581
dgrimm@cftc.gov

Peter A. Caplan
United States Attorney's Office
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
peter.caplan@usdoj.gov

Harry H. Wise, III
Attorney for The Jedburgh Group
250 West 57th Street, Suite 1316
New York, NY 10107
hwiselaw@aol.com

Sonya N. Goff
Stevenson & Bullock PLC
29200 Southfield Rd., Ste. 210
Southfield, MI 48076
sgoll@sbplclaw.com

Erika Lorraine Butler
Butler Davis, PLLC
P.O. Box 2411
Detroit, MI 48202-9998
erika@butlerdavispllc.com

**STENGER & STENGER, P.C.**
Attorneys for the Receiver

/s/ Kay Griffith Hammond
Kay Griffith Hammond (P37425)
Business Address:
    2618 East Paris Ave, S.E.
    Grand Rapids, MI 49546
    Telephone: (616) 940-1190
    Facsimile: (616) 940-1192
    Email: kay@stengerlaw.com